"GREETINGS (AND) RESPECTFULLY"

SAT/SHABBAT-NOV.18.2023, 10:05AM

HERE ARE THESE: "□O IGPP U.S.A.INC.O□"('s) [AND/OR/AS] AL MOSHIR('s), OF SO AS IN; ATTACHMENTS, FOLLOW UPS/FOLLOWINGS, REGARDINGS, CONCERNINGS, ETC... OF, FOR, AND TO,-THROUGH, ETC... THE TWO(2) SUBMIT(TEDS/IONS) OF THE AS ON THE 2 DATES OF: FRI-NOV.10.2023 (BETWEEN; 5:00PM + 5:30PM) OF: -73 PAGES (OR; SO): AT (AND) WITH, THROUGH, ETC...; THE: NEW YORK COUNTY CLERK-AND OFFICE OF [+(AND) THROUGH]: RICHARD/MR. RICHARD WILSON AS WELL AS; ON; FRI-NOV.17.2023 OF AT: -40 FOLEY SQUARE, NY, NY, 10007, U.S.A.

WHILE (AND) AS; WE HAVE BEEN THROUGH AS WE HAD BEEN THROUGH AS WE HAVE BEEN (AS WE HAVE DISCUSSED, ADDRESSED, ETC...)

#1 → WHILE (AND) AS: EVERY BODY [INCLUDINGS: AS OF (AND) AS FOR THE GENERAL PUBLIC(S) AND AS FAR AS OF SO AS WE HAVE BEEN PLACE IN (AND) THROUGH: ← SOCIAL MEDIA! [INFORMATION SHARINGS], ETC... NEW YORK STATE('s)-SOUTHERN DISTRICT U.S.A. COURT('s) PRO SE INTAKE OFFICE OF SO AS ASSOCIATES, EMPLOYEES, AGENTS, ETC... AT AS WELL AS UNITED STATES OF AMERICA U.S.A. ~~MARSHAL~~ -MARSHAL SERVICES OF SO AS AT THE SUCH SAID COURT/-40 FOLEY SQUARE, NEW YORK, NEW YORK, 10017, U.S.A. HAVE BEEN: AWARE, KNOWLEDGABLE, ETC... OF OUR [HERE BY, IN (AND) THROUGH: (THE TERM: "OUR", REFERS TO; THE: (AND/OR) THOSE OF THE: "□O IGPP U.S.A. INC.O□"('s) AND AL MOSHIR('s) OF THE -ENTITIES OF THE "□O IGPP U.S.A. INC.O□"('s) [AND SO AS NOT; INCLUDING THE GENERAL PUBLICS] ONGOINGS, ETC..., ETC... !?

#2 → SO HOW COULD (AND/OR/AS) WOULD: LAURA TAYLOR SWAIN (OF THE CONCERNINGS) NOT HAVE [AT SOME POINT, [THAT ALSO AFTER SHE (LAURA TAYLOR SWAIN) HAVING BEEN UPDATED; ADVISED, INFORMED, ETC..., ETC... OF SO AS; ON (AND) IN; REGARDINGS (AND) CONCERNINGS, IN RESPECTS -TO; ETC... SUCH: MATTERS, FACTS, PRESENCES, ETC... AND SO AS: SPECIALLY(S), SPECIFICALLY(S), ESPECIALLIES, ETC... OF SO OF AS ON HER BEHALF + IN HER BEST INTERESTS OF THE SUCH: LAURA TAYLOR SWAIN (AND) U.S.A. COURT OF THE (OR) OUR STATE OF NEW YORK('s) SOUTHERN DISTRICT (AND) U.S.A. COURT OF THE (OR) OUR STATE OF-ALL DISTRICTS (AND) U.S.A. COURT (OBVIOUSLY OF THE STATES) [AND] ... DEPARTMENT OF JUSTICES, ETC... [AND] -U.S.A. (AND) ...

RECEIVED SDNY PRO SE OFFICE 2023 NOV 21 PM 3:32

CONTINU(EDTING) OF; FROM (AND) WITH:-

ARTICLE #(2) OF; FROM (AND) WITH: PAGE #(1)

AND
SO AS WE {THE (+AND) AT THE; (ORGANIZATION(AL)) ENTITIES OF:

THE: "□□ INDEPENDENT AND GLOBALIST
POLITICAL PARTY
OF
UNITED STATES OF AMERICA
INCORPORATED o□" / "□□ IGPP U.S.A. INC. o□"

[AS WELL AS / OR / AS]

AL MOSHIR OF THE SUCH SAID / ADDRESSED, ETC...
ORGANIZATIONS IN ENTITIES
OR / AS
ENTITIES IN ORGANIZATIONS

HAVE: CORRESPONDED(S) => ADVISED, INFORMED, UPDATED, BROUGHT TO THE ATTENTIONS, MADE AWARE, ETC..., ETC...

OF SO AS; ON (AND) IN; REGARDINGS (AND) CONCERNINGS, IN RESPECTS-
-TO; SUCH: MATTERS, FACTS, PRESENCES, OCCURANCES, ETC...
OF; THE, BEING IN THE, HAVING BEEN PLACED INTO THE, REFERRING-
-TO THE: SOCIAL MEDIA / INFORMATION SHARING(S), ETC...
YET; SO (AND) THEREFORE: HOW COULD (AND/OR/AS) WOULD:
LAURA TAYLOR SWAIN NOT HAVE ANY KNOWLEGE, ANY AWARENESS, ETC... OF THE: ALI MOSHIR + "□□ IGPP U.S.A. INC. o□"
BEING (AND AS) HAVING BEEN: IN (AND) THROUGH; THE: SOCIAL MEDIA / -
INFORMATION(S) SHARING(S) !!! ??? TO HAVE GONE AHEAD AND FORWARD OF SO AS... →

→ CONTINU[ATION]... THE: ARTICLE #(2) OF; FROM (AND) WITH: PAGE #→(2)

TO HAVE GONE AHEAD AND FORWARD OF SO AS WITH HER AS SUCH DECISIONS, RULINGS, ORDERS, ETC... OF SO AS AND - AS IN: ALL AS HAVING BEEN !? !? !?

#(3) → WE ARE HERE [BY, IN (AND) THROUGH] NOTIFYINGS, DECLARINGS, ETC... OUR: LAWSUIT (CLAIMS, ETC...) OF SO (AND) THEREFORE OF AS FINALLY AS AGAINST THE PERSON OF: MADAM, CHIEF JUDGE. LAURA TAYLOR SWAIN OF THE + OBVIOUSLIES DUE TO HER OF - SO AS WELL AGAINST " NYS SD U.S.A. COURT + U.S.A. DISTRICT/FEDERAL - COURT + NEW YORK CITY (NYC) + NEW YORK STATE + U.S.A. + U.S.A. DEPARTMENT - OF JUSTICES + NYC MAYOR, + NYC ADMINISTRATION('S) HEADS (OR) COMMISSIONERS OF THE DEPARTMENTS OF + ANY (AND) ALL OF THE HERE [IN, BY (AND) THROUGH] NOT - STATED, MENTIONED, ADDRESSED, ETC... YET OF SO FURTHER / ET SHOULD AS BE AS SO, AND SO / AND AS SO, AS; IN, WITHIN, THROUGH THE: INTERNATIONAL COURTS OF: JUSTICES + CRIMINALS [CONCERNINGS (AND) WITH, THROUGH THE WITNESSES, PRESENCES, ETC... OF THE; UNITED NATIONS: SECRETARY, MEMBERS, ORGANIZATION.] OF SO AS FOR: A/THE: NON NEGOTIABLE → ONE HUNDRED - UNITED STATES OF AMERICAN DOLLARS (IN: BILLION) / $100 (BILLION) OF SO AS WHILE FOR BESIDES THE: RELATED INVOLVING CRIMINAL OF SO AS FOR TO THE PROSECUTIONS PART CHARGES, !

(AND) (ALSO): U.S.A.: SECRETARY OF STATE + ATTORNEY GENERAL ↓ AS IN THE PRESENCES AND WITNESSES OF THE SUCH SAID: SECRETARY OF STATE + ATTORNEY GENERAL

OF IN (AND) FOR, SUCH MATTERS, COMPLAINTS / IN COMPLAINTS, ETC... OF CONCERNINGS, OF INVOLVINGS, THE: MADAM, CHIEF JUDGE. LAURA TAYLOR SWAIN('S) ALONE! AS OBVIOUS[LY(S)] AS MAY BE!

WITH, THROUGH, IN (AND) BY

SUCH: WITHSTANDINGS, STANDINGS, ESTABLISHMENTS, ADDRESSINGS, SERVINGS, NOTI(CINGS/FYINGS), ETC... OF

IN PLACE, ETC...

WE [THE KNOWN, ETC... ~~ENTITIES~~ OF THE: "□O IGPP U.S.A. INC. O□" ENTITIES (AND/OR/AS) AL MOSHIR]

~~ARE HERE [BY, IN (AND) THROUGH~~
~~ARE ALSO~~

ARE / ARE ALSO

~~HERE~~ [BY, IN (AND) THROUGH]

DECLARINGS, NOTIFYINGS / PROVIDING NOTICES, SERVINGS, ETC...

THAT, AS / AS THAT / THAT AS:

WE WILL BE / WE ARE GOING TO

THE

U.S.A. DISTRICT COURT('S) SECOND (2ND) CIRCUIT / COURT OF APPEAL

OF SO AS

IN (AND) THROUGH

THE: KNOWNS, DISCUSSEDS, ADDRESSEDS, ADVISEDS, ADVICEDS, ETC... OF CONCERNING THE SAID:

"LAURA TAYLOR SWAIN"

OF FOR (AND) OF IN:

FOLLOWINGS WITH (AND) FOLLOWINGS THROUGH: HER: →

CONTINU(ED/ING) OF; FROM (AND) WITH:
THE: ARTICLE # (3) OF; FROM (AND) WITH:
PAGES OF: (3) AND (4):

↓

FOLLOWINGS WITH (AND) FOLLOWINGS THROUGH: HER:
DECISIONS, RULINGS, ORDERS, CONDUCTS, PRACTICES, OPERATIONS, HANDLINGS, MANAGINGS, MANAGEMENTS, ETC...
[CONCERNING (AND) INVOLVING, THE: "☐ IGPP U.S.A. INC.☐ ('S) (AND/OR/AS) AL MOSHIR('S)],

OF THE SUCH, SAID, CONCERNING, KNOWN, DISCUSSED, ADDRESSED, ETC...:
MADAM, CHIEF JUDGE, LAURA TAYLOR SWAIN

!

WHILE OF SO AS ON THE: WHICH ARE THE ONLY RESPONSES FROM; SUCH: LAURA TAYLOR SWAIN OF SO AS THAT WE HAVE RECEIVED IN TO THE/OUR SUBMISSIONS:
AS FOR SAID AS WHICH RESPONSES OF ONLY AS ARE LIMITED AS TO THE ONES OF AS (AND/OR) WITH THE CASE NUMBERS OF:

→ GO TO THE NEXT PAGE →

ON THIS PAGE [...] OF; WITH; THE: ARTICLE #(3) OF; FROM (AND) WITH; PAGES OF: (3),(4),(5)(AND (5)):

↓

WHILE OF SO AS ON THE: WHICH ARE THE ONLY RESPONSES FROM; SUCH: LAURA TAYLOR SWAIN OF SO AS (AS) THAT WE HAVE RECEIVED (WHILE FROM THE PRO SE OFFICE AT: 40 FOLEY SQURE, NEW YORK, NEW YORK, 11007, U.S.A.) FOR, FOLLOWING,- INTO THE/OUR SUBMISSIONS OF THE:

"□O IGPP U.S.A. INC. O□" (AND/OR/AS) AL MOSHIR

SO AS FOR SAID AS WHICH RESPONSES OF ONLY AS ARE LIMITED, TO AS/AS TO, THE ONES OF, AS (AND/OR) WITH/THE CASE NUMBERS OF:

(I) → 1:23_CV_7831(LTS) → HANDED TO US, BY: MR. DIAZ, AT: PRO SE - INTAKE OFFICE, YESTERDAY (- FRI - NOV. 17. 2023).

(II) → ~~OCT~~ > 23_CV_6242 (LTS) [23_CV_6242 (LTS)] → HANDED TO US, BY: MR. CORETTO, AT: PRO SE - INTAKE OFFICE, OF AS ON:- WED - OCT. 11, 2023 AS WE HAPPENED TO STOP BY, AT THE: NYS SD (NEW YORK STATE SOUTHERN - DISTRICT) U.S.A. COURT ON A WEDNESDAY TO FILE DOCUMENTS, ETC... WHICH WAS NOT, BUT; PRIOR TO; FRIDAY.

(III) → 23_CV_7414 (LTS)

(IV) → 23_CV_7641 (LTS)

(V) → 23_CV_6710 (LTS)

---

#(4) → CONCERNING THE PRACTICES OF, THE (AND) AT THE: "□OIGPP U.S.A. INC. O□" OF AS PARALLEL, SIMILAR, INTO THOSE OF THE: U.S.A. DEPARTMENT OF JUSTICES (AND) BEYOND OF FOR, ETC...: GLOBAL(LY) THEREFORE: TAKE NOTICES THAT THE SUCH SAID MADE INTO THE RECEIPTS OF THE: "□OIGPP U.S.A. INC. O□" (AND/OR/AS) AL MOSHIR ARE TO; BE AND HAVE BEEN: INVESTIGATED OF SO OF FOR THEIR TIME (AND) DATE OF PRINT OF EACH, AND SO AS TO: BE PROVIDED TO, PRODUCED FOR, AND AS ON A FRIDAY - MADE INTO THE RECEIPTS OF THE: "□OIGPP U.S.A. INC. O□" ('S) [AND/OR/AS] AL MOSHIR('S) OF SO AS INVESTIGATED OF SO AS BY (AND) THROUGH, THE (AND) ORDER OF THE: U.S.A. ATTORNEY GENERAL + THE OFFICE OF! WHILE (AND) AS, AT THE SAME TIME THE NOTICE THAT, AS THERE [...]

#5 → IN, AS YET ANOTHER EXHIBITION OF THE [illegible] → THE ONE OF THE SAID; OF, THE, IN, FOR, THROUGH, ETC...: RESPONSE(S) OF SO AS WITH THE CASE NUMBER OF; 1:23-CV-7831(LTS) OF WHILE SO AS RECENT AS ON THE YESTERDAY (FRI-NOV.17.2023) AS HAVING BEEN MADE INTO THE RECEIPTS (AND) POSSESSIONS OF THE: "□O IGPP U.S.A. INC.O□"('s) [AND/OR/AS] AL MOSHIR('s) OF WHILE/OF SO AS HAVING BEEN OF, FOR, AS; ON: EVERY FRIDAY AS OF FOR (AND) WITH, THROUGH; OUR CORRESPONDEDS OF SO AS FOR SUCH PICK UPS OF SO AS ON EVERY FRIDAY, FOR OF SO AS YET AS ANOTHER/THE → AN/THE, OTHER: EXHIBITION(S), OF; US "OF CORPORATE LAW" ["□O IGPP U.S.A. INC.O□" (-AND/OR/AS) AL MOSHIR] HAVING BEEN: LIVING THROUGH OUT LIFE (AND) LIVING BY, LIVING WITH, LIVING THROUGH (AND SO AS) -INCLUDING THE: U.S.A. OF (OF) SO AS WHILE HAVING JUST OF THE SAID YESTERDAY (FRI-NOV.17.2023) WE HAVE FILED OF THE; OUR: CORRESPONDEDS OF DATED: AS WELL AS THE CORRESPONDEDS OF DATED: (AND/OR/AS) OF SUCH SAID YESTERDAY'S FILED OF SO → DOCUMENTS (THEREFORE, WHILE, FOR) -OF SO AS WHILE AS IN REFERENCES OF TO THE CORRESPONDEDS THAT WERE/HAVE BEEN FILED OF SO AS WITH (AND) THROUGH THE: NEW YORK COUNTY CLERK (OF, WHILE) SO AS ON: 9 DAYS AGO/EARLIER (FRI-NOV.09.2023) WHILE (AND) AS ALSO SO ON THE SUCH SAID (FRI-NOV.09.2023) WE WERE DENIED ENTRY OF SO AS INTO THE BUILDING OF THE: 40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A./-NEW YORK STATE('s) SOUTHERN DISTRICT U.S.A. COURT [SO-AND AS IN ORDER TO GET TO THE: PROSE INTAKE OFFICE OF SO AS PER OUR EVERY FRIDAY(S)]! HOWEVER BELIEVE IT OR NOT, ALSO AND SO AS WELL AS EVEN (THE/A) WEEK BEFORE THAT WHICH WAS THE: [illegible] AS WE GOT RUN AROUND AND WERE NOT GIVEN THE ENTRY EVEN TO THE COURT CLERK [illegible] 500 PEARL STREET [illegible]



#6 → YET FURTHER YET OF SO AS EXHIBITIONS OF THE CORPORATE LAW (AS, WITH, OF, THROUGH, WITHIN, ETC...) - THE STATEMENTS OF THE COURT'S ITSELF [THE LITIGANT'S NOTICE - PAGE] → (AT THE BOTTOM OF WHICH PAGE ON THE LEFT CLOSE TO THE CORNER (IS WITH) THE STATEMENT(S) OF: REV. 5/23/14]] OF SO AS WITHIN (AND) - THROUGH, THE: SECOND (2ND) PARAGRAPH, WHERE (AND) WHICH, SAYS:
"YOU MUST FILE YOUR NOTICE OF APPEAL IN THIS COURT WITHIN 30 DAYS AFTER THE JUDGEMENT OR ORDER THAT YOU WISH TO APPEAL IS ENTERED ON THE COURT'S DOCKET, OR, IF THE UNITED STATE OR ITS OFFICER OR AGENCY IS A PARTY, WITHIN 60 DAYS ........"
AND SO AS ON AS COULD GO THE LIST OF SUCH EXHIBITIONS OF THE SAID CONCERNINGS, ETC...
OF SO AS FOR (AND) IN THE INFRUSTRUCTURES, FOUNDATIONS, ETC... OF ANY CREATIVE, CONSTRUCTIVE, ETC... INVOLVEMENT, ACTIVITY, PRACTICE, MOTION, {INITIATION (AND SO) OF, FOR, TO THE/ANY: RESULT(S)} → ETC...
PAGE 8 OF 20

PAGE 9 OF 20
#7 → LTS (LAURA TAYLOR SWAIN) HAS
ALSO BEEN SHOWING [IN HER RESPONSE(S)] - [TOO OF SO AS AMONG THE FIVE(5) LISTED CASE NUMBERS.]
AND/OR AS REFERRING TO AND/OR AS INVOKING, ETC...;
CASE LAW(S), ETC...
FIRST: WHILE HER VERY SAME OWN U.S.A. COURT/COURT HOUSE OF THE: NEW YORK-STATE('S) SOUTHERN DISTRICT('S)
OF YET, AS (AND) WHILE SHE (LTS)
HAS BEEN: AWARE, KNOWLEDGABLE, ETC...
(AND/OR/AS)
SHOULD-HAVE SO BEEN (AWARE, KNOWLEDGABLE, ETC...)
OF SO AS HER VERY OWN SAME COURT (OF, AT) 40 FOLEY SQUARE,
-NEW YORK, NEW YORK, 10007, U.S.A. HAS BEEN REPEATEDLY(S)/
-REPEATED LIES → ADOPTING THE: "□O IGPP U.S.A. INC. O□" ('S)-
RULES, -POLICIES, RECOMMENDATIONS (AS HAVING BEEN INDIRECTLIES) -PRACTICES, ETC...
(AND SO AS) BENEFITTING, ETC. FROM
SECOND: OF SO AS SUCH AS HAVING BEEN THE; AS WELLS; OBVIOUSLIES;
THE: (I) U.S.A. COURT + (II) U.S.A. DEPARTMENT OF JUSTICES
+ (III) NEW YORK CITY + (IV) NEW YORK STATE
+ (V) U.S.A.



CONTINU(ED)(ING) OF; FROM (AND) WITH:

ARTICLE #(7) OF; FROM (AND) WITH:

PAGE (9)
↓

THIRD:

WHILE (FOR, TO, INTO, ETC...) THE ENTITIES / SOME ENTITIES / US OR WE OF /-

"□O IGPP U.S.A. INC. O□"

ARE OURSELVES / ARE (ARE) THEMSELVES AS HAVING BEEN: CASE LAW (AND) CASE LAW MAKERS, OF SO AS WHICH WAS / WHICH HAS BEEN, ALSO EVEN [CORRESPONDED]-
-OF SO AS WITH (AND) TO; THE: NYS(S)[NEW YORK STATE('S)]-
WESTERN DISTRICT('S) ASSISTANT, ETC... OF (AND/OR/AS THE)-
-U.S.A. ATTORNEY GENERAL WHILE OF SO AS SUCH AS WAS
[CORRESPONDED] OF DURING THE: AL MOSHIR('S) OF THE:
"□O IGPP U.S.A. INC. O□"('S) OF SO AS IN: U.S.C.(-
UNITED STATES OF CANADA] OF BETWEEN: 2018 (+/AND) 2021 OF
AS WHICH DURING ITSELF ALSO AS HAVING BEEN OF SO AS (THE/A)-
-RESULT(S) OF (A/THE) FRAUDULANT EXTRADITION [FRAUDULANT->-
-BECAUSE THERE HAS BEEN (A/THE) EXTRADITION + DEPORTATION (SUPPOSINGLY AS
THE ARREST OF AL MOSHIR WAS INITIALLY MADE ON: MON-APRIL. 04. 2018 IN BUFFALO)]
HAVING TAKEN PLACES TOGETHER, ETC... (LONG STORY)
WHICH ARRANGEMENT (WAS/HAS BEEN) ALSO MADE THROUGH THE: U.S.A. COURT
WHILE OF WITHIN THE: WESTERN DISTRICT OF NEW YORK STATE('S); YET WHILE
WITH THE HELP OF A/THE
MAGISTRATE!

#(8)→ OUR [""ICPP U.S.A. INC.""(S) [AND/OR/AS] AL MOSHIR'S] ANY (AND) ALL FILINGS OF SO AS WITH (AND) THROUGH THE: SAID, DISCUSSED, ADDRESSED: SECOND (2ND) CIRCUIT OF THE U.S.A.('S) DISTRICT COURT (OF, FOR: APPEAL), THEREFORE HERE ALSO TAKEN ARE TO BE (AND) HAVE BEEN THE NOTICES (OF, SO, AS, FOR, IN, WITH, THROUGH, ETC...) EXHIBITIONS OF THE DISCUSSED, ETC... (AND) NOT DISCUSSED, ETC... OF SO AS IN FOR RELEVANTS, CONCERNINGS, ETC... OF THE WHILE AS IN: VERSUS, AGAINST, ETC...: THE: ADDRESSED, ETC...: LTS/LAURA TAYLOR SWAIN/- MADAM, U.S.A. DISTRICT COURT {AT: NEW YORK STATE('S) SOUTHERN DISTRICT(S), ETC...} CHIEF JUDGE. LTS/LAURA TAYLOR SWAIN('S) !

#(9)→ WHILE WE ARE JUST TODAY (SUN-NOV.19.2023/4:05PM) FINALLY GETTING THE CHANCE TO START BACK WORKING ON THESE LEGAL DOCUMENTS OF DATED: SAT/SHABBAT-NOV.18.2023, 10:05AM OF SO AS AT THE QUEEN PUBLIC LIBRARY (CENTRAL BRANCH/89-11 MERRICK BLVD, JAMAICA, NY, 11432, U.S.A.) AND SO AS THERE HAS ALREADY AT; 4:00PM BEEN AN ANNOUNCEMENT IN CONCERNINGS (AND) REMINDERS, ETC..., OF THE SUCH LIBRARY CLOSING BY AN HOUR (AT; 5:00 PM/SUN-NOV.19.2023) AFTER WE; WERE NOT/HAVE NOT, BEEN; ISSUED/- REPLACED/REINSTATED, OF OUR QUEENS BOROUGH PUBLIC LIBRARY CARD OF AL/AL- MOSHIR('S) WHICH MATTERS OF SO AS FOR INCIDENTS OF YET SUCH SHALL BE FILED OF SO AS WITH ITS DETAILS OF SO AS OUR USUAL, NORMAL PRACTICES OF SO AS WITH, THROUGH: INTERNATIONAL COURTS/NYS SD U.S.A. COURT/40 FOLEY SQUARE, ... AND SO AS INSTEAD WE WERE RAN AROUND OF SO AS BETWEEN THE SUCH SAID LIBRARY AND 103RD PRECINT (POLICE('S))

CONTINU(ED/ING) WITH, OF, FOR, FROM: ARTICLE #9 PAGE: 11

AND SO AS YESTERDAY (SAT/SHABBAT - NOV. 18. 2023) WE HAD TO STOP AT; 5:00PM OF - WORKING / WORKING ON THESE LEGAL DOCUMENTS OF THE DATED: - SAT/SHABBAT - NOV. 18. 2023 AS WE WERE WORKING AT THE NEW AMSTERDAM - LIBRARY [ON: MURRAY STREET (#9), NEW YORK, NEW YORK, 10007, U.S.A.] AS THE LIBRARY → CLOSED AT 5:00PM (YESTERDAY OF THE SAID)!

#10 → OF AS FOR (INCLUDINGS OF CONSPIRACIES) OF SO AS ON (AND) IN THE MATTERS OF IT'S OWN('S) HERE [BY, IN (AND) THROUGH] FIND THAT: WE HAVE CONSTANTLY BEEN BROUGHT UPON US [LEFT (AND) RIGHT] INCIDENTS, ETC... OF SO AS IN THE MATTERS OF LAW (BUT/WITH/AS/AND) - LAWS IN ORDER FOR US TO HAVE TO KEEP HAVING OUR; TIMES, TALENTS (AND) ENERGIES ABUSED ON MAKING; RECORDS (AND) DOCUMENTATIONS SO INCLUDING: THE/ANY ( WOULD BE INVOLVED OF DUE DATE / STATUTE OF LIMITATION, ETC... WHILE, WHICH, ETC... OF SO AS FROM THE BEGINNING WE WOULD NOT MEET HAVE ALREADY CORRESPONDEDS OF 'WHILE YET REPEATEDLIES OF SO AS IN REMINDERS WHILE OF AS WELL THOUGH HAVING BEEN KNOWN TO THE COURTS THAT, AS OUR MATTERS ARE (THOSE OF) WITHIN, FOR, THROUGH, ETC... THE; INTERNATIONAL: COMMUNITY (AND) COURTS - OR INTERNATIONAL: COURTS (AND) COMMUNITY!

#11 → FOR THE: ARTICLE NUMBER OF: CORRESPONDEDS OF DATED: OF ANY AS RELATED OF INCLUDING AS SUBMITTEDS AS ON: ______ OF SO AS TO THE ______ IS HERE [BY, IN (- AND) THROUGH] IS THAT: WHILE (AND) AS WE KEPT / HAVE KEPT, ADDRESSINGS OF SO AS WITH (AND) THROUGH (ALMOST) EACH OF OUR (FOR HAVING BEEN KNOWN) AS IN (AND) FOR OUR FILINGS [COURT FILINGS S(:)] FOR SEVERE PUNISHMENT AS AND ALSO THROUGH THE: SOCIAL MEDIA OF HAVE ADDRESSED; FOR (AND) OF: PROSECUTIONS PART OF AS FOR: INCIDENTS(SO) OF FOR BESIDES THE: MONETARY - DAMAGES

#(12) -> WE; SHALL (AND) SHALL HAVE CORRESPOND(ED) OF SO AS WITH THE DISCUSSED: PROJECT RENEWAL / PROJECT RENEWAL INCORPORATED / - MEDICAL VAN / MOBILE MEDICAL OFFICE TRAILER (OF SO AS OR - OTHER THAN THAT PARTICULAR ONE OF THE DISCUSSED OF THE: TUE - NOV. 14. 2023 ('S) FOR US (AL / ALI MOSHIR) TO; - BE (AND) HAVE BEEN REFERRED TO THE: DERMOTOLOGIST AS WE (ON; THE SAID: TUE - NOV. 14. 2023) DID SHOW AND SO AS AGAIN, WE WILL; SHOW; THEM / THE SUCH PROJECT RENEWAL FACILITY, THE RESEDUES, MARKS, ETC... ON THE SKIN (OF RESULTED FROM THE: SCRATCHES, BLEEDINGS, INJURIES OF DIAGNOSED OF SO AS DISCUSSED OF SO AS WITH THE: PESTIDES {AND/OR (AND/+) ANY OTHER THAN PESTIDES AS WELL AS MAY, MIGHT HAVE BEEN / BE] ! WHILE (AND) AS THE SUCH MEDICAL / CLINICAL CONDITIONS OF THE SKIN RELATED ARE STILL THERE AS WE HAVE NOT HAD THE CHANCE OR PLACE TO HAVE, A SHOWER, YET + WE HAVE BEEN: TOLD / - ADVISED, ETC... TO SEE (ON: TUE - NOV. 21. 2023) THE: PROJECT RENEWAL FOR THEM TO APPLY THE MEDICATIONS, CREAMS, ETC... AGAIN!

#(13) -> AS THE: QUEENS (COUNTY / BOROUGH) PUBLIC LIBRARY ('S) - CENTRAL BRANCH CLOSED (YESTERDAY / SUN - NOV. 19. 2023) AND SO AS THEREFORE WE HAD TO STOP WORKING OR WORKING ON THESE; CORRESPONDED$_S$ DOCUMENTED$_S$ / DOCUMENTED$_S$ CORRESPONDED$_S$ OF DATED: SAT / SHABBAT - NOV. 18. 2023, 10:05 AM (AND AS) EARLIER - TODAY (MON - NOV. 20. 2023) OF SO AS BETWEEN; 10:00 AM AND 11:00 AM (- SOMETIME) WE / AL MOSHIR OF THE "□O IGPP U.S.A. INC. □□" ('S) HAVE / HAS AGAIN GOT BACK TO THE SAME SAID QUEENS (BOROUGH, - COUNTY) PUBLIC LIBRARY OF THE (RESPECTIVELY) - NEW YORK: CITY ('S) AND STATE ('S)

CONTINU(EDING) OF (OF); FROM: ARTICLE #(13) OF; FROM: PAGE (13)

OF SO AS AGAIN, STARTED/HAVE HAD, THE CHANCE TO: STARTED (OR) - HAVE STARTED (SO; AT, BY, AS OF; 4:40PM) OR SO) WORKING ON THIS JOB/CORRESPONDEDS/TRANSCRIPTS/ RECORDS (AND) DOCUMENTATIONS OF THE; SAID, MENTIONED, ADDRESSED OF THE DATED OF: SAT/SHABBAT - NOV. 18. 2023, 10:05 AM('S)

WE TRIED TO COPY THE EXHIBITIONS WHICH: WERE/ARE/- HAVE BEEN: DISCUSSED, REFERRED TO, ADDRESSED OF SO AS WITHIN (AND) THROUGH THE CORRESPONDEDS OF, HAVING BEEN (AND/OR/AS) WHICH WERE FILED JUST OF SO AS ON: FRI - NOV. 17. 2023 (JUST BEFORE THIS, PAST WEEKEND) BUT THE PHOTOCOPY (PHOTO COPY MACHINE AT THE LIBRARY, AS BY THE CYBER CENTRE PART OF THE LIBRARY - WERE TOLD THAT IS BROKEN), WHILE WE DID NOT APPRECIATE OVERLOADING THE LIBRARY ASSOCIATES WITH MAKING ALL OF THE COPIES AND SO AS YET AS THE ADULT REFERENCE DESK AREA/PART OF THE SUCH SAID LIBRARY WAS APPROACHED BY US/AL MOSHIR OF THE: "☐OIGPP U.S.A. INC. ☐☐"('S) AND THE LIBRARY ASSOCIATES AT THE SUCH SAID ADULT REFERENCE DESK LOCATED THE/THEIR MANAGER AND SO THE MANAGER MADE ONE (1) PHOTOCOPY FOR US AS WE MENTIONED (WHICH EVERYBODY IS - AWARE OF) THAT AS THESE ARE LEGAL DOCUMENTS AND AS WE DO LEGAL WORKS AND SO AS THE WORKS OF RELATED TO THE; U.S.A. DEPARTMENT OF JUSTICES (AND/+/AS) U.S.A. JUSTICES - SYSTEM RELATED) SO AS WE MENTIONED TO HER THAT WE DON'T APPRECIATE LOADING YOU FOLKS (LIBRARY ASSOCIATES) WITH MAKING THE COPIES OF EVERYTHING THAT WE, HAVE TO/HAD TO, MAKE TODAY, SO AS WE MENTIONED TO THE SUCH MANAGER TO MAKE ONE (1) COPY ONLY FOR US, AND SO AS SHE HAD TO LEAVE HER DESK AND →

CONTINU(ED; FROM:

- ARTICLE # (13) OF FROM:
PAGES OF -> (13) + (14)

GO TO A / THE BACK OFFICE AREA (TO GET / AND) GOT) THE ONE (1) COPY AND CAME BACK, AS THIS IS ANOTHER - EXHIBITIONS OF TO US HAVING HAD OUR HEWLET PACKARD - ALL IN ONE PORTABLE PRINTER THAT WE PURCHASED - FROM STAPLES TAKEN AWAY WITH (WITH) EVERYTHING ELSE (BRAND NEW AND AS NEVER USED, AND SO AS WAITING TO BE USED) AS WE WERE AMONG ALL OTHER CRIMES: LOOTED (AS WE HAD THE "OIGPP U.S.A. INC.O"'S MOBILE HOME OFFICE STORAGE - BOXES WITHIN FOLEY SQUARE WHICH ALSO AS, WE DID / WE - A / THE - CASE OF, BUT: NOTHING YET DUE TO THE FILE / WE HAVE FILED PRACTICES (IN, AS, WHILE, WITHIN) MALPRACTICES OF THE MADAM, CHIEF JUDGE, LAURA TAYLOR SWAIN OF THE KNOWN, DISCUSSED, ESTABLISHED, ETC... WHILE THEREFORE HAVING HAD TO BE INCONVINIENCES TO THE, PEOPLE/PUBLIC AND NEVER MIND OUR OWN SUFFERINGS (+/AND) HARDSHIPS OF SO AS AROUND THE CLOCK (LITTERALLIES) THAT ALSO IN: U.S.A.!? THAT ALSO AT THIS AGE AND TIME!?

AND SO AS, THE / THAT, SAID ONE (1) PAGE OF COPIED BY THE LIBRARY MANAGER TODAY (IS / HAS BEEN / IS) THE: PROJECT RENEWAL - MEDICAL CLINIC'S OF THE DISCUSSED DAY + DATE OF THE: - TUE - NOV. 14. 2023 (IS)!

#(14) → DUE TO THE SUCH DISCUSSED MATTERS OF (NO) COPY; SERVICE + MACHINE, OF TODAY('S) OF/SO AS HAVING BEEN AVAILABLE, THEREFORE ATTACHED (IN: ORIGINAL COPIES) FIND THE EXHIBITIONS/FOR THE DOCUMENTS, TRANSCRIPTS, ETC... OF AS IN, THROUGH, ETC... CORRESPON(DEDS/ENCES/INGS) OF FILED AS OF BY THE COURTS AS STAMPED AS RECEIVED AS ON: FRI-NOV.17.2023, 3:43PM OF SO AS: "☐OIGPP...('S)-" OF IN DATED: FRI-NOV.17.2023, 3:11PM DISCUSSED, ETC... OF SO AS FOR WHICH EXHIBITIONS (AS SO/SO AS) HAVING BEEN SAID OF FOR AS IN-FUTURE AS WOULD BE PROVIDED, WHICH ATTACHMENTS (AS, IN) EXHIBITIONS ARE ALSO, THOSE OF/EXHIBITIONS OF, TO AS WELL THE (CORRESPONDEDS OF: 67 PAGES (AND/+) 6 PAGES) OF THE FILED OF AS ON:- FRI-NOV.(10).2023 AND SO (AS; FILED AS); WITH, THROUGH, ETC... THE: NEW YORK COUNTY CLERK + MR. RICHARD WILSON OF THE SUCH NEW YORK COUNTY CLERK('S)/500 PEARL STREET, ROOM #120, NEW YORK, NEW YORK, 10007, U.S.A.

SO AS HERE [IN, BY (AND) THROUGH] FIND THAT THEREFOR AS TO ANY OTHER ENTITY(S) OF SO AS THAN THE COURTS FOR THE SUCH ABOVE ADDRESSED, ETC... COURTS-FILED ONES OF THE: "☐OIGPP U.S.A. INC.☐☐" (IN + 'S) LEGALITIES, LAW(S), LAW(S) RELATEDS SO AS FOR ANY OTHER THAN THE FILED WITH COURTS ENTITY(S) SHOULD: BE (AND/OR) HAVE BEEN; OF; AT, BY: ANY POINT(S) [AND/OR/AS] TIME(S) MADE IN TO THE RECEIPTS OF THE SUCH CONCERNING LEGALITIES, LAW(S), LAW(S) RELATEDS WHILE SO AS, BY (AND) THROUGH, THE: "☐OIGPP U.S.A. INC.☐☐" YET WHILE AS WELL AS THE/THEIR EXHIBITIONS SO ANY SAID AS FOR OTHER ENTITY(S) SHALL: BE (AND) HAVE BEEN; PROVIDED, MADE INTO ITS/THEIR: RECEIPTS, POSSESSIONS OF SO AS WITH (AND) THROUGH THE PHOTOCOPIES AS THE COURTS HAVE BEEN PROVIDED WITH THE ORIGINAL COPIES!



#15 SHOULD THERE YET BE [OR NOT BE: FILED THROUGH] FORMS OF THE COURTS' (INCLUDING; INTERNATIONAL'S) WHILE: NYS SD U.S.A. COURTS FORM(S) OF SO AS THROUGH –

OF JUST AS EVERYTHING ELSE (– AND/OR/AS) ANYTHING ELSE OF SO AS THROUGH, WITHIN THE; OWN'S/OUR OWN'S; FORMS OF THE "□□ IGPP U.S.A. INC. O□"('s) [AND/OR/AS] – AL MOSHIR(1s) OF THE "□□IGPP U.S.A. INC. O□"('s) [AND/OR/AS] – AL MOSHIR('s) OF WHILE CORRESPONDENCES, CORRESPONDEDS OF SO AS HAVING BEEN: FILED OF EITHER (IN, BY) THEMSELVES OF (AND/OR) AS ATTACHMENT(S) [AND/OR/AS] ALONG WITH (AND/OR/AS) – SO THOSE/FORMS OF THE COURTS(') [OF FOR AS ALONG WITH THOSE/FORMS] OF CONTAINING (AND) ADDRESSINGS, ETC... OF BEYOND WHAT WOULD BE THROUGH THOSE/FORMS, OF THE COURTS' SO OF FOR AS ALONG WITH THOSE/FORMS OF OURS OF THE: "□□ IGPP U.S.A. INC. O□"('s) [AND/OR/AS] AL MOSHIR('s) OF THE "□□ IGPP U.S.A. INC. O□"('s) [AND/OR/AS] AL MOSHIR('s)

OF THOSE/OF FORMS OF THE COURTS('), FURTHER YET WHILE THEREFORE OF SO AS, REPEATEDLY/REPEATEDS/REPEATED LIES YET OF HERE [IN, BY (AND) THROUGH] FIND: AS THAT ARE BEING AND AS HAVING BEEN: FILED THE LAWSUITS; ETC... OF SO AS AGAINST THE: CONEY ISLAND HOSPITAL + NEW YORK CITY HEALTH AND HOSPITAL(S) ALONG WITH REVENUES, INCOMES ETC... – + NEW YORK CITY (NYC) + NEW YORK STATE (NYS) + U.S.A. + ANY (AND) ALL OTHER HERE [IN, BY (AND) THROUGH] NOT STATED FOR ENTITY(S) OF SO AS HAVING BEEN CORRESPONDEDS AS FILED OF SO AS IN: OWNERSHIPS OF THE REAL ESTATE PROPERTY(S), ETC... ETC... AS THE: NYC('s) CONCERNING CONEY ISLAND HOSPITAL HAS NOT AS HAS FAILED TO RESPOND INTO THE SUBMISSIONS OF MADE OF SO AS BY; THE ENTITIES OF: AL MOSHIR/ALI MOSHIR(1S), ETC... BY THE IR (THEIR) DUE DATE OF THE RESPOND(S) FOR SUCH SAID SUBMISSIONS OF AS WHICH DUE DATE HAVING BEEN: MENTIONED [illegible] SUBMISSION

#(16) → AS RECENT AS TODAY

WHILE, THIS; IS/WOULD BE: THE SECOND (2ND) INCIDENTS OF SO AS WHILE THE 1ST (FIRST) INCIDENTS [AS FOR THE - RECORDS (AND) DOCUMENTATIONS OF {THE FIRST (1ST) INCIDENTS] HAVE BEEN/WAS/HAVE BEEN, WITHIN THE PHONE [SAMSUNG - GALAXY NOTE THAT, AS THE T-MOBILE (AND) AS [FILED; WITH, THROUGH, ETC...: COURTS} AS T-MOBILE: AGENT/EMPLOYEE/ASSOCIATE OR - AGENT, EMPLOYEE, ASSOCIATE, ETC... WAS/HAS BEEN TRUSTED - WITH AND SO AS THE SUCH T-MOBILE('S) ASSOCIATE, AGENT, EMPLOYEE, ETC... - ETC... HAS DELETED A/THE LOAD OF: LEGAL DOCUMENTS, RECORDS (AND) DOCUMENTATIONS OF ALL DIFFERENT TYPES, KINDS, FORMS, FASHIONS, ETC... AS THE SUCH T-MOBILE(S), CONCERNING AGENT, ETC... OF SO AS HAVING HAD BEEN OF SO AS SAID OF AS OF (AND) FOR FILED WITH THE COURTS SO AS THE SUCH T-MOBILE('S) EMPLOYEE, REPRESENTATIVE, ETC... HAVING - HAD ~~BEEN; TRUSTED~~ → INCLUDING ABUSED SO AS HAVING INCLUDING ABUSED THE TRUSTS OF THE PUBLICS THE SUCH T-MOBILE('S) THE TRUSTS OF THE PUBLICS INCLUDINGS OF TREASONS AND OBSTRUCTIONS OF JUSTICE AND - TRUSTED OF SO AS WITH THE: "□DOIGPP U.S.A. INC. □" (IN+'S) GLOBAL - PUBLICS (IN+') [AND/OR/AS] AL MOSHIR/ALI MOSHIR (IN+'S) [AND/AS/AND AS] SAMSUNG GALAXY NOTE 20 ULTRA DEVICE SO AS HE (THE - SUCH (T-MOBILE'S AND T-MOBILE) OF THE FILED AND SAID, DISCUSSED, ETC... HAVING BEEN TRUSTED TO PERFORM ON AS TO A BASIC CONDUCT, OPERATION, ETC... OF 3 MINUTES ONLY! AS HE HAS (AS A PART OF THE HAVING BEEN ONGOING CONSPIRACIES, ETC..., ETC...) DESTROYED ALL OF THE: U.S.A. - DEPARTMENT OF JUSTICES' + AS RELATEDS TO OF MATERIALS !

CONTINU(ED)(ING) OF; FROM:
ARTICLE # (16) OF; FROM:
PAGE 18

WHILE SO / SO WHILE, AS RECENT AS TODAY (AT THE/THIS VERY-SAID: QUEENS (BOROUGH, COUNTY) PUBLIC LIBRARY (ON:- MERRICK BLVD, IN: THE TOWN OF JAMAICA) IN: NYC WHILE THIS; IS / WOULD BE THE 2ND (SECOND) INCIDENTS INCLUDING INVOLVING THE ASSOCIATE(S) OF AS AT, WITH, THROUGH THIS LIBRARY WHO HAS REFUSED (THAT-ALSO A/THE SECURITY AGENT AT THE LIBRARY) HAS REFUSED TO CALL 911 IN REGARDS TO THE TRESPASSINGS, ETC... OF HAVING TAKEN PLACES WHILE BEFORE THIS MALE SECURITY OFFICER, FIRST WE WENT TO THE ADULT REFERENCE DESK TO (EMILY) (LIBRARIAN) FORMER TO CALL 911 FOR US AS WE HAVEN'T BEEN HAVING ANY PHONE DUE TO THE CONSTANT CRIMINAL COMMITMENTS AGAINST US, THEN EMILY SAID TO US TO GO TO THE SECURITY AND WE DID SO TO MS./MRS. MCGILL AND MS. MCGILL CALLED MR. PALOMO WHO (MR. PALOMO) REFUSED TO CALL 911 (ATTACHED FIND THE PIECE OF:- BEIGE COLOUR PAPER TOWEL IN ROUGH NOTE WITH REGARDS TO SUCH INCIDENTS OF THE SAID OF THE TODAY'S; THAT, AS: SHALL BE FILED FOR, OF ITS OWN CASE)!

PAGE 20 OF 20

#(17) → OR ANY SUCH SAID AS:

OTHER ENTITY(S) / OTHER THAN COURTS [FOR OR AS] ENTITY(S)

SO SHALL BE (AND) HAVE BEEN ADVISED TO -

- REFER TO THE COURTS OF SO AS FOR (AND) IN THEIR COPY(S) [AND] PART(S), ETC... !

WELL WISHINGS

RESPECTS,

REGARDS...

BESTS.

THE - NOV. 21. 2023, 3(3):25 PM

IGPP U.S.A. INC.

MOSHIR. AL

standup
WIRELESS
Welcome
Guide

**Activation Instructions**
**Important Program Rules**
**Helpful Tips for New Customers**

Dar la vuelta para español

## Activate Your Service

**Your service should be active. If it is not, follow these steps:**

- **Cell Phone**
  Power on your phone and dial 611. The voice prompts will guide you through the steps to activate your service quickly.
- **Tablet**
  Call Customer Care at (800) 544-4441. You'll need the phone number associated with your SIM card. This is provided on your tablet box or purchase receipt.
- **SIM Kit**
  Insert your SIM card into any compatible phone, dial 611, and follow the prompts.

## Keep Your Phone Number

Call Customer Care if you would like to use an existing phone number with your StandUp Wireless service.

**Be sure to have this information handy when you call:**

- Account holder's full name.
- Current account number.
- Account PIN or password.

**StandUp Wireless Customer Care**
Mon – Sat 8:00 a.m. to 9:30 p.m. ET
(800) 544-4441
*standupwireless.com*

WANT_TO_KNOW_COLAT

## Don't Let it Slip Away.

**To keep your FREE service active for another 30 days, be sure to do one of the following immediately:**

- Turn off WIFI and open the web browser on your phone or tablet.
- If you have a phone, make a call or send a text to someone besides StandUp Wireless.
- Purchase a top-up to add service to your account.
- Insert your tablet's SIM card into a compatible phone and use the phone to talk or send a text to someone besides StandUp Wireless.

## Important Information to Know

**Go to *standupwireless.com/welcome* for helpful tools to get you enjoying your StandUp Wireless service faster!**

**Our video tutorials will help you:**

- Install a SIM card.
- Set up your online account.
- Turn on Wi-Fi and Hotspot settings and learn how to use them.

**Be sure to take just a minute to learn about:**

- Purchasing more data whenever you want!
- The owner's manual for your phone or tablet that's full of helpful information and available at your fingertips.

WelcomeGuide_1/2022



# Guía de bienvenida

Instrucciones de activación
Reglas importantes del programa
Consejos útiles para clientes nuevos

Turn over for English

**Active su servicio**
**Su servicio debe estar activo. Si no es así, siga estos pasos:**

- **Teléfono móvil**
  Encienda su teléfono y marque 611. Las indicaciones de voz lo guiarán a través de los pasos para activar su servicio rápidamente.
- **Tableta**
  Llame a Atención al Cliente al (800) 544-4441. Necesitará el número de teléfono asociado con su tarjeta SIM. Esto se proporciona en la caja de su tableta o en el recibo de compra.
- **Kit SIM**
  Inserte su tarjeta SIM en cualquier teléfono compatible, marque 611 y siga las instrucciones.

**Conserve su número de teléfono**
Llame a Atención al Cliente si desea utilizar un número de teléfono existente con su servicio StandUp Wireless.

**Asegúrese de tener esta información a mano cuando llame:**

- Nombre completo del titular de la cuenta.
- Número de cuenta corriente.
- PIN o contraseña de la cuenta.

**StandUp Wireless Atención al Cliente**
Lunes- Sábado 8:00am a 9:30pm ET
(800) 544-4441
*standupwireless.com*

**¡No lo deje escapar!**
**Para mantener su servicio GRATIS activo por otros 30 días, asegúrese de hacer una de las siguientes inmediatamente:**

- Apague WIFI y abra el navegador web en su teléfono o tableta.
- Si tiene un teléfono, haga una llamada o envíe un mensaje de texto a alguien que no sea StandUp Wireless.
- Compre una recarga para agregar servicio a su cuenta.
- Instale la tarjeta SIM de su tableta en un teléfono compatible y use el teléfono para hablar o envía un mensaje de texto a alguien que no sea StandUp Wireless.

**Información importante que debe saber**
**Visite *standupwireless.com/welcome* para obtener herramientas útiles que le permitirán disfrutar de su servicio StandUp Wireless más rápido.**

**Nuestros videos tutoriales lo ayudarán a:**

- Instalar una tarjeta SIM
- Configurar su cuenta en línea
- Activar la configuración de Wi-Fi y Hotspot y aprender cómo usarlos

**Asegúrese de tomar solo un minuto para aprender sobre:**

- ¡Cómo comprar más datos cuando quiera!
- El manual del propietario de su teléfono o tableta que está lleno de información útil y está disponible al alcance de su mano.

PAGE 1 OF 4 OF THE PROPERTY LIST PART.

# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

(OF WHILE AS)

PAGE 1 OF 9 OF THE ATTACHING ACCIDENT NO/REPORT NO, RELATED DOCUMENTS OF WHILE AS PAGE 1 OF 4 OF THE PROPERTY LIST PART.

ALSO READ THE BACK OF THE PAGE 4 OF 4 OF THESE PROPERTY LIST PAGES DOCUMENTS.

Invoice No. **4000949136**

Invoicing Command **113RD PRECINCT**

Invoice Status **OPEN**

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **12/02/2022** | **GENERAL PROPERTY** | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | **973085** | **113 PRECINCT** | OCME.EU No. |
| Arresting Officer | | | | | OCME.FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **OTHER** COLOR: **BLACK/GRAY** DESCRIPTION: **ONE E-BIKE COVER TARP.** DAMAGE/DEFACEMENT DESCRIPTION: **DIRTY, RIPPS, HOLES.** | | 1639359 | 1 | |
| 2 | 1 | **PANTS** COLOR: **BLACK** DESCRIPTION: **ONE BLACK PANTS.** | | 1639359 | 1 | |
| 3 | 1 | **JACKET/COAT** COLOR: **BLACK** DESCRIPTION: **ONE BLACK FLY- EBIKE JACKET.** | | 1639359 | 1 | |
| 4 | 1 | **SHOES** COLOR: **BLACK** DESCRIPTION: **ONE PAIR OF P&W SLIPPERS.** DAMAGE/DEFACEMENT DESCRIPTION: **DIRTY, RIPS, HOLES.** | | 1639359 | 1 | |
| 5 | 1 | **OTHER CLOTHING** COLOR: **LIGHT GREEN** DESCRIPTION: **ONE LIGHT GREEN IKEA VEST.** DAMAGE/DEFACEMENT DESCRIPTION: **DIRTY** | | 1639359 | 1 | |
| 6 | 1 | **EXTENSION CORD** COLOR: **ORANGE** DESCRIPTION: **ONE ORANGE EXTENSION CORD.** DAMAGE/DEFACEMENT DESCRIPTION: **RIPS.** | | 1639359 | 1 | |
| 7 | 1 | **TAPE** COLOR: **BEIGE** DESCRIPTION: **ONE ROLL OF STIX-ON TAPE.** DAMAGE/DEFACEMENT DESCRIPTION: **RIPS** | | 1639359 | 1 | |
| 8 | 1 | **HANDBAG** COLOR: **BLACK** DESCRIPTION: **ONE BLACK HANDBAG.** DAMAGE/DEFACEMENT DESCRIPTION: **DIRTY.** | | 1639359 | 1 | |
| | | **Total Cash Value** | **0.00** | | | |

REMARKS

**973085 12/02/2022 11:10 : above listed property is being vouchered as safekeeping.**

**940473 12/02/2022 11:38 : Invoice Approved By 940473**

**934999 12/12/2022 14:13 : Repack - Package Repack completed by HAYES, JOSEPH M**

**934999 12/12/2022 14:13 : Repack - status - Package No. 1620368 is unsealed and retained in new package**

Invoice No. **4000949136**

Prisoner/ Finder/ Owner Copy
printed: 11/13/2023 16:52

PCD Storage No.
**22W048707**

PAGE 2 OF 9 OF THE ATTACHING ACCIDENT NO/REPORT (OF) RELATED DOCUMENTS (AS) PAGE 2 OF 4 OF THE PROPERTY LIST, PART.

# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

Invoice No. **4000949136**

934999 12/12/2022 14:13 : Repack - status - Package No. 1639359 was added

934999 12/12/2022 14:13 : Repack - status - Item# 1 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 5 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 4 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 3 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 6 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 2 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 7 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 8 with quantity 1 is unpacked from Package No. 1620368

934999 12/12/2022 14:13 : Repack - status - Item# 1 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 5 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 4 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 3 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 6 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 2 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 7 with quantity 1 is packed into Package No. 1639359

934999 12/12/2022 14:13 : Repack - status - Item# 8 with quantity 1 is packed into Package No. 1639359

| Date of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 12/02/2022 | | | | |
| 12/02/2022 | UNLICENSED OPERATOR | | N/A | N/A |
| 12/02/2022 | UNREGISTERED LIMITED USE VEHICLE | | N/A | N/A |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|

Complaint No. **N/A**

Related Comp No.(s) **N/A**

Aided/Accident No.(s) **N/A**

Related Invoice(s) **N/A**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 973085 | 113 PRECINCT | 12/02/2022 | 11:10 |
| Invoicing Officer | | | 973085 | 113 PRECINCT | 12/02/2022 | 11:36 |
| Approved By | | | 940473 | 113 PRECINCT | 12/02/2022 | 11:38 |

Invoice No. 4000949136

Prisoner/ Finder/ Owner Copy
printed: 11/13/2023 16:52

PCD Storage No.
22W048707
Page No.2 of 4



## NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

Invoice No. **4000949136**

### NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a **notarized letter** to claim the property will be required to submit, In person or by mail, the Invoice and **proper identification** (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

### ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than **120 days** after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is **NOT** required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have **270 days** from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within **270 days** of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department, Forfeiture property may additionally require a Civil Enforcement Release prior to release.

### INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after **one (1) year**, unless otherwise requested by the Investigating officer.

### DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release.

### FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 --- **3 months**
b. Property having a value of $100 but less than $500 --- **6 months**
c. Property having a value of $500 but less than $5000 --- **1 year**
d. Property having a value of $5000 or more --- **3 years**

### SAFEKEEPING

Property held for Safekeeping must be claimed within **120 days** from the date it was invoiced. After **120 days**, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within **one (1) year** of the date of invoice. After the expiration of **one (1) year**, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

### PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of **90 days** . A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

***Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM**

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND** 174-20 North Boundary Road, Queens, NY 718-553-9555

For more information visit the Property Clerk Division's website:
**http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml**

Invoice No. 4000949136

**Prisoner/ Finder/ Owner Copy**
printed: 11/13/2023 16:52

PCD Storage No.
**22W048707**



# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

Invoice No. **4000949136**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley,a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entrego anteriormente al propietario):
a. Propiedad con un valor de menos de $100 --- **3 meses**
b. Propiedad con un valor de $100 pero menos de $500 --- **6 meses**
c. Propiedad con un valor de $500 pero menos de $5,000 --- **1 año**
d. Propiedad con un valor de $5,000 o más --- **3 años**

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de **90 días**. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

***Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 9:00 AM a 2:30 PM**

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND** 174-20 North Boundary Road, Queens, NY 718-553-9555

Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
**http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml**

Invoice No. 4000949136

Prisoner/ Finder/ Owner Copy
printed: 11/13/2023 16:52

PCD Storage No.
**22W048707**

Page 1 of 4 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)

MV-104AN (7/11)

Precinct: 113
Accident No.: MV-2022-113-001875
Complaint Number:
☐ AMENDED REPORT

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Reconstructed | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 2 | 2022 | FRIDAY | 08:35 | 2 | 1 | 0 | ☑ | ☐ | ☐ | ☐ Yes ☑ No |

## VEHICLE 1

- VEHICLE 1 - Driver License ID Number: 889823896 — State of Lic.: NY
- Driver Name - exactly as printed on license: MCFARLANE, BEVAN
- Address: 113-06 198 STREET — Apt. No.:
- City or Town: QUEENS — State: NY — Zip Code:
- Date of Birth: Month 5 Day 23 Year 1961 — Sex: M — Unlicensed: ☐ — No. of Occupants: 1 — Public Property Damaged: ☐
- Name–exactly as printed on registration: MCFARLANE, BEVAN — Sex: M — Date of Birth: Month 5 Day 23 Year 1961
- Address: 113-06 198 STREET — Apt. No.: — Haz. Mat Code: — Released: ☐
- City or Town: QUEENS — State: NY — Zip Code:
- Plate Number: GUE7904 — State of Reg.: NY — Vehicle Year & Make: 2008 ACURA — Vehicle Type: SW/SUV — Ins. Code: 639
- Ticket/Arrest Number(s):
- Violation Section(s):

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 1
- Box 2 - Most Damage: 2
- Enter up to three more Damage Codes: 3
- Vehicle Towed: By / To

## ☑ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

- VEHICLE 2 - Driver License ID Number: 606207719 — State of Lic.: NY
- Driver Name - exactly as printed on license: MOSHIR, ALI
- Address: 123-12 JAMAICA AVENUE — Apt. No.:
- City or Town: QUEENS — State: NY — Zip Code:
- Date of Birth: Month 9 Day 19 Year 1972 — Sex: M — Unlicensed: ☑ — No. of Occupants: 1 — Public Property Damaged: ☐
- Name–exactly as printed on registration: — Sex: — Date of Birth:
- Address: — Apt. No.: — Haz. Mat. Code: — Released: ☐
- City or Town: — State: — Zip Code:
- Plate Number: — State of Reg.: — Vehicle Year & Make: — Vehicle Type: MOPED — Ins. Code:
- Ticket/Arrest Number(s): ABD2107652,ABD2107722
- Violation Section(s): 2261-1,509-1

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 2 DAMAGE CODES
- Box 1 - Point of Impact: 11
- Box 2 - Most Damage: 12
- Enter up to three more Damage Codes: 10, 1, 9
- Vehicle Towed: By / To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
1. Rear End 2. Sideswipe (same direction) 3. Left Turn 0. Left Turn 4. Right Angle 5. Right Turn 6. Right Turn 7. Head On 8. Sideswipe (opposite)

ACCIDENT DIAGRAM

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

3 LEFT TURN (OPP DIR)

9.

Cost of repairs to any one vehicle will be more than $1000. ☐ Unknown/Unable to Determine ☐ Yes ☑ No

Reference Marker:
Coordinates (if available): Latitude/Northing: 40.67973 — Longitude/Easting: -73.76162

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☐ NEW YORK ☑ QUEENS ☐ RICHMOND
Road on which accident occurred: FARMERS BOULEVARD (Route Number or Street Name)
at 1) intersecting street: MERRICK BOULEVARD (Route Number or Street Name)
or 2) ___ Feet ___ Miles ☐ N ☐ S ☐ E ☐ W of ___ (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: AT TPO OPERATOR OF VEHICLE 1 STATED HE WAS MAKING A LEFT TURN INTO THE PARKING LOT WHEN OPERATOR OF VEHICLE 2 APPEARED OUT OF NOWHERE CAUSING OPERATOR OF VEHICLE 1 TO COLLIDE INTO OPERATOR OF VEHICLE 2. OPERATOR OF VEHICLE 2 STATED HE WAS TRAVELING NORTH ON FARMERS BOULEVARD WHEN OPERATOR OF VEHICLE 1 HIT INTO VEHICLE 2. OPERATOR OF VEHICLE 2 REMOVED TO JAMAICA HOSPITAL WITH LEG INJURY. SGT ON SCENE. PD DID

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 61 | M | – | – | – | – | | – | | MCFARLANE, BEVAN | |
| B | 2 | 1 | 4 | 1 | 50 | M | 11 | 10 | 6 | 50H | | 7311 | | MOSHIR, ALI | |

Right-margin boxes: 19 –; 20 –; 21 4; 22 4; 23 5; 24 1; 25 3; 26 1; 27 1; 28 1; 29 1; 30 1; USE COVER SHEET P
Left-margin boxes: 1 –; 2 –; 3 1; 4 1; 5 1; 6 1; 7 1

- Officer's Rank and Signature: POM
- Print Name in Full: MARC A ESPOSITO
- Tax ID No.: 973085
- NCIC No.: 03030
- Precinct: 113
- Post/Sector:
- Reviewing Officer: SGT STEVEN J SPRAGUE
- Date/Time Reviewed: 12/03/2022 07:28

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. |
|---|---|---|
| B MOSHIR | ALI | |

Address: 123-12 JAMAICA AVENUE QUEENS NY

| Date of Birth Month | Day | Year | Telephone (Area Code) |
|---|---|---|---|
| 9 | 19 | 1972 | ( ) |

Last Name / First / M.I.

Address

Date of Birth (Month / Day / Year) — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth (Month / Day / Year) — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth (Month / Day / Year) — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth (Month / Day / Year) — Telephone (Area Code) ( )

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 4116518228

Expiration Date 11/16/2023

VIN 2HNYD28418H511843

Vehicle No. 2 UNKNOWN

Expiration Date

VIN

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle —Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)

MV-104AN (7/11)

Precinct: 113
Accident No.: MV-2022-113-001875
Complaint Number:

☐ AMENDED REPORT

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Reconstructed | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 2 | 2022 | FRIDAY | 08:35 | 2 | 1 | 0 | ☑ | ☐ | ☐ | ☐ Yes ☑ No |

| VEHICLE 1 | VEHICLE 2 (☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN) |
|---|---|
| VEHICLE - Driver License ID Number: / State of Lic.: | VEHICLE - Driver License ID Number: / State of Lic.: |
| Driver Name - exactly as printed on license: | Driver Name - exactly as printed on license: |
| Address (Include Number & Street): / Apt. No.: | Address (Include Number & Street): / Apt. No.: |
| City or Town / State / Zip Code: | City or Town / State / Zip Code: |
| Date of Birth (Month / Day / Year) / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐ | Date of Birth (Month / Day / Year) / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐ |
| Name - exactly as printed on registration / Sex / Date of Birth (Month / Day / Year) | Name - exactly as printed on registration / Sex / Date of Birth (Month / Day / Year) |
| Address (Include Number & Street) / Apt. No. / Haz. Mat Code / Released ☐ | Address (Include Number & Street) / Apt. No. / Haz. Mat. Code / Released ☐ |
| City or Town / State / Zip Code | City or Town / State / Zip Code |
| Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code | Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code |
| Ticket/Arrest Number(s): | Ticket/Arrest Number(s): |
| Violation Section(s): | Violation Section(s): |

**VEHICLE 1**

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact (1) / Box 2 - Most Damage (2)
Enter up to three more Damage Codes (3, 4, 5)
Vehicle Towed: By / To

**VEHICLE 2**

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact (1) / Box 2 - Most Damage (2)
Enter up to three more Damage Codes (3, 4, 5)
Vehicle Towed: By / To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
1. Rear End
2. Sideswipe (same direction)
3. Left Turn
4. Right Angle
5. Right Turn
6. Right Turn
7. Head On
8. Sideswipe (opposite)

ACCIDENT DIAGRAM

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

3 LEFT TURN (OPP DIR)

9.

Cost of repairs to any one vehicle will be more than $1000. ☐ Unknown/Unable to Determine ☐ Yes ☐ No

Reference Marker:
Coordinates (if available):
Latitude/Northing: 40.67973
Longitude/Easting: -73.76162

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☐ NEW YORK ☑ QUEENS ☐ RICHMOND

Road on which accident occurred: FARMERS BOULEVARD (Route Number or Street Name)

at 1) intersecting street: MERRICK BOULEVARD (Route Number or Street Name)

or 2) ___ Feet ___ Miles ☐ N ☐ S ☐ E ☐ W of ___ (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: NOT WITNESS ACCIDENT.

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

ALL INVOLVED

| Officer's Rank and Signature | Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| POM [signature] | 973085 | 03030 | 113 | | SGT STEVEN J SPRAGUE | 12/03/2022 07:28 |

Print Name in Full: MARC A ESPOSITO

19 – 20 – 21 – 22 – 23 – 24 – 25 – 26 – 27 1 28 1 29 – 30 – USE COVER SHEET P

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth Month / Day / Year | Telephone (Area Code) ( ) | | Date of Birth Month / Day / Year | Telephone (Area Code) ( ) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth Month / Day / Year | Telephone (Area Code) ( ) | | Date of Birth Month / Day / Year | Telephone (Area Code) ( ) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No Name: | | |
| Address | | | | | |
| Date of Birth Month / Day / Year | Telephone (Area Code) ( ) | | | Shield No. | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. ____________ Vehicle No. ____________

Expiration Date ____________ Expiration Date ____________

VIN ____________ VIN ____________

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

- ☐ Dept. of Motor Vehicles (if anyone is killed/injured)
- ☐ Motor Transport Division (P.D. vehicle involved)
- ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
- ☐ Other City Agency (Specify)
- ☐ Office of Comptroller (if a City vehicle involved)
- ☐ Personnel Safety Unit (if a P.D. vehicle involved)
- ☐ Highway Unit ____________ ____________

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| **PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable) |
|---|---|
| | |
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle –Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident

☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

- ☐ Responding to Code Signal
- ☐ Pursuing Violator
- ☐ Other (Describe)
- ☐ Complying with Station House Directive
- ☐ Routine Patrol

Left Turn (opp dir) : MV-2022-113-001875
Reporting Officer : POM MARC A ESPOSITO
Reviewing Officer : SGT STEVEN J SPRAGUE Reviewed Date : 12/03/2022 07:28



eMedNY ePACES

Help | Log Out

**PROJECT RENEWAL - 1598770018**

Eligibility
Request
Responses

Department of Health

## Eligibility Response Details

**Client Information:**

| | | | |
|---|---|---|---|
| **Client ID:** | KU90804Q | **Client Name:** | MOSHIR, ALI |
| **Gender:** | M | **SSN:** | |
| **Date of Birth:** | 9/19/1972 | **Address 1:** | 12312 JAMAICA AVE MAIL 1070 |
| **Anniversary Date:** | 3/1/2023 | **Address 2:** | RICHMOND HILL |
| **Recertification:** | December | **City, State Zip:** | ~~BROOKLYN~~, NY 11418 |
| **County:** | NYC | **Office:** | H78 |
| **Date of Service:** | 11/14/2023 | **Plan Date:** | 11/1/2023 |

**Medicaid Eligibility Information:**

**Emergency Services Only**

**Co-pay Remaining:** $50.00

**Covered Services**

| Code | Description |
|---|---|
| 1 | Medical Care |
| 86 | Emergency Services |

**Standard Co-pay**

| Service Type | Co-pay |
|---|---|
| Clinic | $3.00 |
| X-Ray | $1.00 |
| Lab | $0.50 |
| Inpatient | $25.00 |
| OTC | $0.50 |
| Brand Drug | $3.00 |
| Generic | $1.00 |

Close

-033-1:06:44 PM

THE COMPUTER PRINTED STATEMENT/WORD OF: BROOKLYN AS IT HAS BEEN WRONG FOR THE ZIP CODE: 11418 HAS BEEN (ON: WED-NOV-15-2023) CROSSED OUT WITH RED PEN AND INSERTED THE CORRECT ONE OF THE: RICHMOND HILL ALTHOUGH WE PROVIDED THE: NYS SD-U.S.A-COURT('S) CHIEF JUDGE'S ADDRESS AS (AND) FOR WE HAD NOT BEEN RECEIVING OUR MAILS OF SO AS AT (AND) THROUGH THE/OUR ADDRESS (MAILING) OF THE: 123-12 JAMAICA AVENUE, SUITE 1070 RICHMOND HILL, NEW YORK, 11418 U.S.A.

THIS SHEET/PAGE IS THE PROOF: OF THE + THE TRANSACTION OF THE: AL MOSHIR'S/ALI MOSHIR'S EMERGENCY MEDICAID [OF HAVING BEEN TERMINATED (TO BE; LOOKED INTO/INVESTIGATED AS TO WHY TERMINATED)] SO AS THE SUCH EMERGENCY MEDICAID HAV(E/ING) BEEN REINSTATED THROUGH THIS HERE [IN, BY (AND) THROUGH] TRANSACTION IN CONDUCTED, OCCURED, ETC... OF SO AS BY (AND) THROUGH THIS PAGE/SHEET (AS, IN) -DOCUMENT(S) [OF, FOR, IN] PROOF, ETC...! ALONG WITH ANY OTHER THAN THE SAID/SUCH EMERGENCY MEDICAID OF SHOULD HAVE BEEN !?

11/14/23

PROJECT RENEWAL

Renewing lives. Reclaiming hope.

Geoffrey Proulx
*Chair*

Eric Rosenbaum
*President & CEO*

To Whom It Concern

Mr. Ali Moshir was seen by this provider today c Dx - Scabie form dermatitis Tx applied - Permethrin & triamcinolone to all body parts to shower after 24 hours & f/u c us Tuesday Nov. 21st: 10 a.m. in MES Van by 227 Bowery

[signature] PA-C #000722

917-509-8375

3RD LY AS WE HAVE BEEN CHASED OUT OF OUR OWN PURCHASED PRIVATE VACANT LOT PROPERTY OF PROPERTY TAXES PAYINGS AND SO AS HAVING HAD TO BE SLEEPING ON THE STREETS!

IN ONE (1) PAGE, THIS IS THE EVIDENCE/PROOF, ETC... OF THE: AL MOSHIR / ALI MOSHIR HAVING (AND SO AS) - HAVING HAD TO: AGAIN: REFER TO: MEDICAL FACILITY, CONCERNINGS THE RASHES HAVING APPEARED ALL OVER THE BODY AS BEGINNING WITH THE RIGHT HAND WHILE (AND) AS AT THE SAME TIME OF THESE CORRESPONDEDS OF IN RED INK, THEREFORE: SECOND (2ND) LY: DUE TO: THE PERSONAL BELONGINGS (NEVER ENDEDLIES OF AGAIN AND AGGRAVATEDLIES) OF WHILE; INCLUD(EDING) MEDICATIONS FOR THE RASHES, SO AS THE PERSONAL BELONGINGS (IN ONE SUIT CASE) WERE/HAVE BEEN STOLEN, TRESPASSED INTO, ETC... AT THE: SIKH AFSC (ALL FAITHS SPIRITUAL CENTRE) OF S[illegible] A[illegible] [illegible]; FRI - DEC. 10. 2023 (EVENING/AFTERNOON) SUN - DEC. 12. 2023 -MORNING [illegible]95-30 112TH [illegible] → 2[illegible]

[illegible] Varick Street, 9th Floor, New York, NY 10014 | 212.620.0340 | f 212.243.4868 | www.projectrenewal.org

"GREETINGS (AND) RESPECTFULLY"

THU - NOV. 02. 2023, 9:39 AM

PAGE 1 OF 2

PAGE 2 OF 2 IS ON THE BACK OF THIS PAGE!

DEAR

MR. DAVINDRA KHELAWAN
COMMUNITY ASSISTANT
718-286-2932
DKHELAWAN@QUEENSBP.ORG
120-55 QUEENS BOULEVARD
KEW GARDENS, NEW YORK, 11424, QUEENSBP.ORG
U.S.A.

CITY OF NEW YORK
OFFICE OF THE
PRESIDENT OF THE BOROUGH OF QUEENS
DONOVAN RICHARDS JR. - PRESIDENT

#1 -> THIS IS OF WHILE (AND) AS IN THE SECOND (2ND) CORRESPONDENCES OF AS IN TRANSCRIPTS OF THE RECORDS (AND) DOCUMENTATION. AS THERE HAVE ALSO BEEN CORRESPONDENCES, OF AS FOR/OF FOR AS EARLIER THIS YEAR OF AS. ON ONE (1) DATE OF AS IN: 2023 OF AS HANDED OVER TO INCLUDING THE/A FEMALE OFFICER OF BY (AND) OUTSIDE THE: DONOVAN RICHARDS OFFICE OF SO FOR (AND) TO HAVE BEEN MADE INTO THE RECEIPT OF THE: DONOVAN RICHARDS OF SO FOR US TO HAVE BEEN RESPONDED BY: DONOVAN RICHARDS AND/SO HIS OFFICE OF SO AS. TO OUR SUCH SAID CORRESPONDEDS. BUT WE HAVE NEVER TO DATE BEEN REPLIED TO OUR SUCH SAID CORRESPONDEDS WHILE OF AS HERE [IN, BY (AND) THROUGH] ADDRESSED OF THEREFORE AS OF THE YET SUCH SAID CORRESPONDEDS (AND) NEVER RECEIVED ANY: FOLLOW UP/RESPONSE/REPLY/FEED BACK, SO FOR (AND) IN THE MATTERS OF ITS OWN('S) OF AS SHALL BE AT ANY POINT AS MAYBE IN: PRINTS/WRITINGS, OF INCLUDING ~~THROUGH MAIL:~~

#2 -> PROVIDE US WITH THE: NEW YORK CITY (NYC) ISSUED/NYC BUILDINGS DEPARTMENT, ETC.. ISSUED ADDRESS OF TO: OUR/THE: ZAHRA MONIREH NEZAMZADEH'S (ZAHRA NEZAM'S) VACANT LOT - PROPERTY OF FOR: REAL ESTATE WITH THE: BOROUGH #: 4, BLOCK #: 10298, LOT #: 55 WHICH OBTAINING THE ADDRESS JOB HAS BEEN PAID FOR OF AS TO THE/AN ARCHITECT, MR. ANTHONY CUSECICH (IF: SPELLED CORRECTLY) THAT IS IN: ASTORIA NEW YORK

#(3)→ SO WITHIN NINETY (90) DAYS (FOR YOUR CONVINIENCES OF YET FURTHER)
→ SO MAIL THE RESPONSE(S) OF TO OUR THESE (THESE) CORRESPONDEDS OF DATED: THU-NOV.02.2023, 9:39AM

(PAGE 2 OF 2)

SO MAIL WITH TRACKING NUMBER; THE SAID BY THE: NYC ISSUED OF THE ADDRESS TO THE PARCEL OF THE PROPERTY OF THE SAID OF; BOROUGH #: 4 BLOCK #: 10298

LOT #: 55

SO TRACKING NUMBERED (FOR YOUR PROTECTIONS OF INCLUDING THE CITY OF: NEW YORK(S)) MAIL US AT (AND/OR/AS) TO:

"IGPP U.S.A. INC." / AL MOSHIR

C/O (C/O)

CHIEF JUDGE
500 PEARL STREET
SUITE #: C-17
NEW YORK, NEW YORK
10007
U.S.A.

(WELL WISHINGS, RESPECTS, REGARDS, BESTS.)

(PAGE 2 OF 2)

THU-NOV.02.2023, 10:31 + 10:33AM AM
IGPP U.S.A. INC.
MOSHIR, AL

OF, WITH (AND) FOR THE SUCH ABOVE/HERE [IN, BY (AND) THROUGH] SAID: NYC ISSUED ADDRESS.

#(4)→ WE ARE ANTICIPATING THE/OUR SAID CONCERNING NYC ISSUED ADDRESS THROUGH YOUR TRACKING NUMBERED MAIL OF SO AS AT THE ABOVE PROVIDED OF OUR MAILING [UNTIL (ANY) FURTHER NOTICE] ADDRESS.

#(5)→ PROVIDINGS, ETC... OF THE: RESPONSE(S) [AND/OR] FEED BACK(S), ETC... OF SO AS TO THE/OUR/THESE CORRESPONDEDS OF DATED: THU-NOV.02.2023 DOES NOT/DO NOT RECTIFY THE MATTERS OF CONCERNINGS (AND) IN RELATIONS TO, ETC...: DONOVAN RICHARDS' OFFICE OF, AS, WHILE, ETC...: OUR HERE [IN, BY (AND) THROUGH] ADDRESSED'S CONCERNINGS, ETC... OF THE: "□ IGPP U.S.A. INC. □"'S (AND/OR/AS) - AL MOSHIR'S: CORRESPONDENCES OF AS ON PAGE ONE (1) DATED OF: THU-NOV.02.2023, 9:39AM

THE / THESE: ATTACH(ED/ING) — WELL WISHINGS, RESPECTS, REGARDS..., BESTS. — WED-NOV.15.2023, 11:51 AM + 11:53 AM — IGPP U.S.A. INC. — MOSHIR, AL

#(1) EIGHT (8) PAGES OF DATED: SAT/SHABBAT-OCT. 28.2023, 1:42 PM OF SMALL SHEETS OF PAPER

ADDRESS AND REFER TO THE CORRESPONDEDS [OF; SO:AS, WITH (AND) IN, THROUGH THE: EXHIBITIONS + TRANSCRIPTS + RECORDS + DOCUMENTATIONS]

SO OF AS DISCUSSED, ADDRESSED, ETC... OF AS THROUGH THE: ARTICLE #35 (35) OF THE:

#(4) → MR. PUBLO [OF (AND) AS] SAID STANDUP WIRELESS COMMUNICATION HAS PROVIDED THE HOURS OF OPERATIONS OF THE: MON, TUE, THU → 1PM TO 7PM.

"□O IGPP U.S.A. INC. O□" ('S) CORRESPONDEDS OF DATED [AND/OR/AS] AL MOSHIR('S) OF SO AS HAVING BEEN FILED AS: SUN-OCT. 22.2023, 6:39 PM OF; WITH (AND) THROUGH: THE: NEW YORK COUNTY CLERK → 500 PEARL STREET ROOM 120 NEW YORK, NEW YORK, 10007, U.S.A. AND AS SO MR. RICHARD WILSON →

[OF; BETWEEN; 5:00PM (AND/+) 5:30PM → FRI-NOV. 10.2023]

#(2) → ATTACHED/ATTACHING (IN: PHOTO COPY) ALSO IS TO BE; FOUND (AND) HAVE BEEN FOUND SO FIND THE: MR. PUBLO'S (OF: WHILE (AND) AS: HAS NOT DISCLOSED HIS LAST NAME WHICH IS NOT NECESSARILY OBJECTED TO.) SUPPLIED, PROVIDED, HANDED OVER: BUSINESS CARD [AND SO OF (THE + AS) STANDUP WIRELESS-COMMUNICATION COMPANY, ETC...

#(3) → FOR: 1 (ONE) MILLION - AS SHALL BE FILED (OF, FOR) ONE (1) MILLION DOLLARS (OF, AS, IN: UNITED STATES OF AMERICANS) - AS BY THE TIME YESTERDAY → TUE-NOV. 14.2023 OF WITHIN ... BY ALL MEANS BREAKING OUR ARMS ... GO TO HIS LOCATION, EVEN HOURS ... EARLIER (AND/BUT) HE WAS NOT ...

"GREETINGS (AND) RESPECTFULLY

PAGE 1 OF 9 — 9 ← PAGE 1 OF 6

THU- NOV. 09. 2023; 3:30 PM

DEAR; INCLUDING: U.S.A. ATTORNEY GENERAL (AG) + U.S.A. SECRETARY OF STATE + NYS AG + NYS GOVERNOR + UNITED NATIONS (UN) SECRETARY + UN MEMBERS + UN ORGANIZATION + INTERNATIONAL: CRIMINAL COURT('S) PRESIDENT AND COURT OF JUSTICES' PRESIDENT AND INTERNATIONAL CRIMINAL COURT AND/+ INTERNATIONAL COURT OF JUSTICES!

#1 → THERE HAVE BEEN TWO (2) SETS OF "☐O IGPP U.S.A. INC. O☐" ('s) {AND/OR/AS} AL MOSHIR ('s) CORRESPONDEDS OF FILED WITH THE: INTERNATIONAL COURT OF JUSTICES AND CRIMINAL COURTS + UNITED NATIONS ORGANIZATIONS

THERE THERE HAVE BEEN AS THERE ARE MANY, MANY CONSPIRACIES; CRIMES; INCLUDING + THROUGH: INVOLVED!

IT IS SHOCKING! HURRY UP! THAT'S ALL I CAN SAY!

ATROCITIES HAVE BEEN COMMITTED AGAINST US IN: OUR: U.S.A.

OF SO WHILE AS THROUGH THE; NEW YORK COUNTY CLERK OFFICE 500 PEARL STREET, ROOM 120 NEW YORK, NEW YORK, 10007, U.S.A.

AND YET SO AS THROUGH; MR. RICHARD WILSON OF THE SUCH NEW YORK COUNTY CLERK OFFICE

OF SO AS ON: TUE- NOV. 07. 2023 → BETWEEN; 5:00 PM (AND) 5:30 PM

WHICH TWO (2) SUCH SAID SETS IN CORRESPONDEDS HAVE BEEN/-ARE; OF; DATED AS: SAT/SHABBAT- OCT. 21. 2023, ... (OF: SIX (6) PAGES) + SUN- OCT. 22. 2023, 6:39 PM {OF: SIXTY SEVEN (67) PAGES]

#2 → WHILE (AND) AS THE ABOVE SAID FILED TWO (2) CORRESPONDEDS OF SO AS: CARRY, CONTAIN: SEVERAL ARTICLES (AND/OR/AS/UNDER) SEVERAL-DIFFERENT: SERIAL NUMBERS OF SAME/SIMILAR AS FOR (AND) IN HERE (THESE CORRESPONDEDS OF DATED: THU- NOV. 09. 2023) OF SO AS (AND) WHILE IN RED AND SO AS FOR IN EXHIBITED, SO OF AS WITH(IN): NUMBER SIGN(S) OF THE SYMBOL(S) OF THE: "#" (#).

#(3)→ AS ONE OF THE SUCH SAID ARTICLES OF SO AS WITHIN THE ONES/CORRESPONDEDS OF DATED: SUN-OCT. 22, 2023, 6:39PM('S) OF SO AS IN 67 PAGES OF SO AS - REFERS TO THE ANY ITEM(S) [AND/OR/AS] ATTACHMENT(S) [AND/OR/AS] STATEMENT(S) OF HAVING BEEN ADDRESSED OF SO AS WITHIN (AND) THROUGH THE/ANY CORRESPOND(EDS/ENCES/INGS) OF SO AS FOR BEING (AND) HAVING BEEN OF (AND/OR/AS) - OF THROUGH: INVESTIGATED/INVESTIGATION(S), OF SO AS IN REFERENCES (REFERENCES) TO: TO: INVESTIGATIONS - POINTS, MEANINGS, OF SO AS FOR IN ANY SENTENCING(S), WORDING(S), ADDRESSING(S), ETC... AS THE SUCH MATTER(S), CONCERNINGS, REGARDINGS HAVING BEEN CORRESPONDED OF SO AS FOR: SAID.

#(4)→ WHILE ALSO AS ONE OF THE SUCH SAID ARTICLES OF SO AS WITHIN THE SUCH DATED CORRESPONDEDS OF THE DATED ONES OF THE: SUN-OCT. 22, 2023, 6:39('S) REFER TO: " A/THE: "□O IGPP U.S.A. INC.o□"'S [AND/OR/AS]. AL MOSHIR('S) ALI MOSHIR('S) OF WITH THE: NEW YORK STATE('S) NEW YORK STATE ISSUED DRIVER LICENSE IDENTIFICATION NUMBER OF: 606 207 719 OF, AS, WITH ALSO THE NEW YORK STATE('S) OR AS NEW YORK STATE ISSUED: EMERGENCY MEDICAID #: KU90804Q OR AS NEW YORK STATE('S)

SO AS WHILE ALSO ONE OF THE SUCH SAID ARTICLES OF IN REFERENCES TO THE SAID INCLUDING: EMERGENCY MEDICAID; #/IDENTIFICATION #: KU90804Q ADDRESSES, DISCUSSES, CONCERNS A/THE CORRESPOND(EDS/ENCES/INGS) OF; WITH (AND) TO (AND) THROUGH; THE: STAND UP WIRLESS COMMUNICATION CAREER + THE; {AS WELL AS THE: CHIEF EXECUTIVE OFFICER FOR; THE (AND) TO; THE: SUCH STAND UP WIRELESS COMMUNICATION COMPANY + MR. PUBLO (AGENT, ETC...) OF; THE / TO THE: STAND UP WIRLESS COMMUNICATION COMPANY WHICH: MR. PUBLO (AS THE GENTLEMAN) HAS.

INTRODUCED HIMSELF AS: PUBLO (FIRST NAME) AND AS WHILE: NO LAST NAME OF HIS HAVING BEEN PROVIDED (WHICH THERE IS NO OBJECTION TO) AND SO AS THE SUCH: MR. PUBLO IS A/THE SALES MAN,- VENDOR (VENDOR), ETC... OF, AS, WITH, THROUGH THE SUCH SAID STAND UP WIRELESS THAT, WHO, AS IS SET UP, BASED, LOCATED, STATIONED [AS OF WHERE HE (MR. PUBLO)] HAVING BEEN MET OF, AS: (AT + ON, BY): 267 BROADWAY (STREET, ETC...) OF WHILE BY MCDONALDS/267- -BROADWAY- OF SO AS WHILE BY: WASHINGTON PLAZA, WILLIAMSBURG BRIDGE, WILLIAMSBURG (BROOKLYN), NEW YORK, 11211 OF; WHILE (AND)- AS: THE SUCH MR. PUBLO HAS ADVISED AS THAT HE IS AVAILABLE OF SO AS AT HIS SUCH SAID BASE/LOCATION, ETC... OF; BY/ACROSS FROM:- MCDONALDS RESTAURANT (267 BROADWAY), ~~NEW~~ → BROOKLYN,- NEW YORK, 11211, U.S.A. SO AS THE SUCH SAID MR. PUBLO HAS ADVISED THAT AS HE: HAS BEEN/IS/WOULD BE; THERE ON THE WEEK DAYS OF THE: MONDAY, TUESDAY (AND) THURSDAY [- -~~MONDAY, → THURSDAY (AND) TUESDAY~~ → MONDAY, TUESDAY (AND)- -THURSDAY OF SO AS BETWEEN; THE HOURS OF: ~~1P~~ → - -1:00 PM (AND) 7:00 PM (AND SO AS WHILE) THE SUCH SAID- -CONCERNING STAND UP WIRELESS PHONE NUMBER IS:- -800-544-4441 (MON-SAT → 8:00 AM TO 9:30 PM → EASTERN TIME) AND SO YET AS WITH; THE: STANDUPWIRELESS.COM AS WELL SO YET AS WITH; THE: SUPPORT@STANDUP.COM

~~T~~ → OF THEREFORE (THEREFORE) AS THE SUCH SAID CONCERNING AL MOSHIR SO AS HAVING: ADDRESSED AS CORRESPONDED OF SO AS WITH (AND)- THROUGH: THE: ADDRESSEES + RECIPIENTS AS WOULD BE OF INCLUDINGS OF THE:

(1) → SUCH SAID: STAND UP WIRELESS. (I)

(2) → CHIEF EXECUTIVE OFFICER (FOR, ETC...) SUCH STAND UP WIRELESS. (II)

(3) → MR. PUBLO OF THE SAID, REFERRED TO; OF THE: SUCH:- STAND UP WIRELESS ('S). (III)

→

OF FOR AS WOULD HAVE BEEN; FILED OF SO AS WITH (AND) THROUGH THE: NEW YORK STATE('S) SOUTHERN DISTRICT U.S.A. FEDERAL COURT OF AT THE: 40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A. CONCERNINGS OF AS THE INCLUDINGS OF THE: SUCH; SAID, ADDRESSED, REFERRED TO: AL MOSHIR / ALI MOSHIR OF THE; NEW YORK STATE('S) / NEW YORK STATE('S) ISSUED DRIVER LICENSE #: 606207719 + EMERGENCY MEDICAID #: KU90804Q (OF SO FOR AS) HAVING HAD NO: INCOME / ANY MONTHLY / ANY MONTHLY INCOME OF SO AS FOR: 12 MONTHS (OR) SO / BEYOND (12 MONTHS) AND SO AS THE SUCH AL MOSHIR HAVING ALSO BEEN AS HAVING BEEN MADE OF SO AS TO HAVE BEEN; HOMELESS OF SO AS INCLUDING OF THROUGH THE: NEW YORK('S) DEPARTMENT OF HOMELESS SERVICES. AND SO AS HAVING BEEN IN NEED OF AND SO AS WOULD REFER TO THE SUCH SAID: STAND UP WIRELESS COMMUNICATION SERVICES OF THROUGH: MR. PUBLO (OF THE; SAID, ADDRESSED) OR ANY OTHER THAN WOULD BE & SHOULD IT / COULD IT BE (OR) HAVE BEEN, OTHER THAN (BE (OR) HAVE BEEN) SUCH MR. PUBLO [OF THE: AGENT, VENDOR, SALESMAN, ETC... ASSOCIAT(ED)] OF, FOR, WITH, THROUGH, ETC... THE: SAID: STAND UP WIRELESS COMMUNICATION SERVICES OF SO AS FOR THE: NO COST / NEW YORK CITY('S) / U.S.A. FEDERAL SYSTEM('S): NEW YORK STATE('S) / ETC...; FUNDED, SUPPORTED, PHONE + INTERNET, ETC...; SERVICES OF SO AS THROUGH (THEREFORE) THE: STAND UP WIRLESS SERVICES (AND AS) ITS STAND UP WIRELESS SERVICES

HOWEVER, THE SUCH SAID CONCERNING PREPARED CORRESPONDEDS OF ADDRESSED TO THE; SUCH SAID CONCERNING: STAND UP WIRELESS COMMUNICATION OF DRAFTED AND AS IN COMPLETIONS OF IT, OF; THE AND - OF THROUGH THE; SUCH CONCERNINGS INVOLVINGS OF - THE: "□OIGPP U.S.A. INC.O□"('S)[AND/OR/AS] AL MOSHIR('S) HAVING BEEN; CRIMINALLIES OF SO AS; STOLEN, ETC... OF YET OF SO AS THROUGH THE SOCIAL MEDIA MEMBERS, ETC... HAVING TRESPASSED, ETC... OF SO AS (TO/INTO) THE; PRESENCES, BELONGINGS, ETC... OF THE: SUCH: "□OIGPP U.S.A. INC.O□"('S) [AND] SO AL MOSHIR('S) - OF THE: "□OIGPP U.S.A. INC.O□"('S) WHICH SUCH INCIDENTS HAVING BEEN OF SO AS AT (AND) THROUGH THE: SARA D ROOSEVELT SENIOR CENTRE PARK OF SO AS AT THE ADDRESS OF THE: 30 DELANCEY STREET, NEW YORK, NEW YORK, ZIPCODE, - U.S.A.

AS THE SUCH MATERIALS OF THE CORRESPONDEDS OF INCIDENTS OF - WITH (AND) THROUGH AS WITHIN A/THE BACK PACK OF FOR STOLEN, ETC... OF SO AS FOR DURING AL MOSHIR OF THE SUCH, HAVING BEEN AT THE SUCH ADDRESSED SENIOR CENTRE - - PARK, FOR: ORAL HYGIENE ATTENDINGS TO, YET AS THE SUCH INCIDENTS (HAVING ALSO/ALSO HAVING) BEEN MENTIONED, STATED, REPORTED, FILED, ETC... OF SO; AS, IN, WITH, THROUGH THE/AN/ANY: ARTICLE(S) OF THE [SUCH HERE [IN, BY (AND) THROUGH]] EARLIER AS HAS BEEN SAID OF THE AS ON: TUE - NOV. 07. 2023 -> BETWEEN; 5:00PM (AND) 5:30PM FILED (WITH, THROUGH, ETC...): NEW YORK COUNTY CLERK ~~AND~~ OFFICE OF, SO AS AT: 500 PEARL STREET, ROOM 120, NEW YORK, ZIPCODE, U.S.A. + - - MR. RICHARD WILSON OF THE SUCH NEW YORK COUNTY; CLERK('S) [- - AND/OR/AS] OFFICE OF, SO; FOR (AND) AS IN: 67 (SIXTY SEVEN) - - PAGES! AND SO AS WE HAVE JUST TODAY (THU - NOV. 09. 2023) HAVING REALIZED OF SO AS THAT THE SUCH ...

CONTINUED/ING) OF THE ATTACHED ... PAGES #2,3,4,5

CORRESPONDEDS OF (FOR, TO); INCLUDINGS:

STAND UP WIRELESS SO AS HAVING BEEN WITHIN THE BRAND NEW BACK PACK OF THE DISCUSSED OF AS STOLEN OF SO AS AT THE: SAID CONCERNING PARK/-30 DELANCEY (FOR WHICH INCIDENTS OF THE SUCH-HAVING BEEN STOLENS OF THE SUCH MENTIONED, ETC...-CONCERNING BRAND NEW BLACK BACKPACK HAVING BEEN OF AS FOR THE MONETARY DAMAGES PART OF SO AS IN:-$1,000,000 (ONE MILLION DOLLARS) WHICH SO AS HERE IS AS THEREFORE HAVING BEEN AS ARE BEING OF SO AS FOR AS UPDATED TO: $2,000,000 (ONLY) [TWO MILLION DOLLARS ONLY]

AND SO AS SHOULD THERE BE YET ANY OTHER ITEMS OF: LEGAL-DOCUMENTS OF SO AS FOR BESIDES OTHER BELONGINGS OF THE: ALREADY KNOWN OF-HAVING COME ACROSS AS MISSED OF AS FOR HAVING BEEN WITHIN THE SUCH SAID CONCERNING STOLEN BLACK BACKPACK SO, THEREFORE AS SHALL: BE ADDED TO THE HERE [IN, BY (AND) (AND)-THROUGH] SAID, MENTIONED, ADDRESSED, DISCUSSED:-

- $2,000,000 (TWO MILLION DOLLARS)

#(5) IN: "□O IGPP U.S.A. INC.O□"'S (AND/OR/AS) AL MOSHIR'S [-AND/OR/AS] AL MOSHIR'S OF THE ENTITIES OF THE:-"□O IGPP U.S.A. INC.O□"('S) HEREIN THESE CORRESPONDEDS OF DATED: THU-NOV. 09, 2023, 3:30PM [3:30PM('S)] OF EARLIER AS MENTIONED FILED CORRESPONDEDS OF: 67 PAGES OF DATED: SUN-OCT. 22, 2023, 6:39PM IT HAS ALSO BEEN ADDRESSED OF A/THE "GO FUND ME" ACCOUNT (SO AS EARLIER TODAY (THU-NOV. 09. 2023) → THE FRIEND: SIMONE TAKING THE PICTURES OF THE AL MOSHIR'S BODY('S) DETORIAT(INGS/IONS)

CONTINUING (ED...) OF FROM THE PAGE #6

↓

AS THEREFORE:

AL MOSHIR [AT (AND) FROM] A/THE T-MOBILE STORE (-
-91-62 120TH STREET, RICHMOND HILL, NEW YORK, 11418, U.S.A.)
# 718-846-8887 [OR OTHER PHONE NUMBER AT SUCH T-MOBILE'S COURTESY MIGHT HAVE BEEN: USED

AGAIN → EARLIER TODAY (THU-NOV. 09. 2023)
AS AL MOSHIR HAS CALLED THE SUCH SAID FRIEND (SIMONE) OF AT THE: 718-840-9299
TO DISCUSS AND GET AN/THE UPDATE(S) OF AS ON THE: GO FUND ME ACCOUNT OF THE DISCUSSED
+
TO MAKE AN APPOINTMENT ~~FOR~~ WITH HER (SUCH SIMONE) FOR HER (FRIEND: SIMONE) TO TAKE THE PICTURES OF THE BODY'S DETORIBRAT(INGS/IONS) BUT:
AT 3 SUCH SAID ATTEMPTS OF PHONE CALLS OF AS THROUGH, SIMONE HAS NOT: BEEN AVAILABLE/ANSWERED, SO SHE HAS BEEN LEFT AT LEAST: -
- ONE (1) MESSAGE OF AL MOSHIR'S VOICE, IF SO FOR AL MOSHIR (AND) SIMONE COULD MEET AT THE: SOUTH OZONE PARK, 128 16 ROCKAWAY BLVD, NEW YORK, 11420, U.S.A. UNTIL 8:00 PM SOME TIME BUT WHILE AL MOSHIR HAS SPENT UNTIL THE CLOSING UP OF THE SUCH LIBRARY (8:00 PM) SIMONE HAS NOT SHOWN UP AT THE SUCH LIBRARY SO NO MEETINGS OF SIMONE (AND) AL MOSHIR HAVING TAKEN PLACE OF AS ON SUCH SAID: THU-NOV. 09. 2023!

AS WE ARE BACK: CONTINUING: TO WRAP UP (AND/OR/AS) WITH; THESE: CORRESPOND(EDS/ENCES/INGS) OF SO AS (AS) AT THIS TIME OF → 8:40AM + ON THIS DAY (AND) DATE OF: WED-NOV. 15. 2023.

WHILE, AS (AND) FOR
[WHILE, AS (AND) FOR]
IT IS, AS HAS/HAVE (BEEN)
THEY ARE
THINGS (CRIMINAL ACTIVITIES, COMMITTMENTS)

OUT OF CONTROL, EVEN THOUGH (THE/THESE) CORRESPOND(EDS/ENCES/INGS)
AND
OUT OF HAND

[AND/OR/AS]
CORRESPONDEDS
OF DATED: THU-NOV. 09. 2023, 3:30PM

IN; OUR:

CITY OF NEW YORK
STATE OF NEW YORK
AND
THE STATES/U.S.A.

WERE NOT GOING TO BE
AS THEY WERE NOT PLAN(N)ED TO BE

AS RAMPANTS AS HAVE BEEN (YET)
OF SO AS WITH AND THROUGH:→
ERIC ADAMS AT THE NEW YORK CITY MAYOR('S) OFFICE:
AS RECENT AS LAST NIGHT('S) OF THE/HIS: NYPD('S) OFFICERS (TWO) OF: TCK + HERNANDEZ.

ANY/THAT/AS LONG

OF THE: TIMES, TALENTS, ENERGIES, ETC... AND SO YET AS IN CONSIDERATIONS OF THEIR RECIPIENTS
IN ADDRESSED OF SO AS INCLUDINGS OF THE-
FOR SO AS IN + THROUGH READINGS AND MORE

SO AND THEREFORE WE ARE LETTING IT BE FOR
THE/THESE SUCH SAID: "□O IGPP U.S.A. INC. O□"'S
(AND/OR/AS)
AL MOSHIR'S
!

OF SO AS WITH INCLUDINGS
OF THE
NEXT PAGE OF;
6 OF 6
!!

PAGE 9
9 ~~6~~ OF 8
#5 THESE PEOPLE HAVE TO GO TO (AND) JOIN THE / SOME KIND OF;
EITHER OR MORE THAN / ALL OF
I → KINDERGARTEN.
II → ZOO.
III → SHOW ROOM / SHOW BUSINESS / ENTERTAINMENT INDUSTRY.
WELL WISHINGS RESPECTS, REGARDS,,, BESTS.
WED - NOV. 15. 2023, 9:27 AM + 9:35 AM + 10:08 AM
IGPP U.S.A. INC.
MOSHIR, AL
#6 → ATTACHED (OF: INCLUDING: THE BUSINESS CARDS (OF: TWO/2) OF THE SAID LAST NIGHT'S (TUE - NOV. 14. 2023) OF THE (TWO/2) NYPD (NYC PD / TO BE) OFFICERS: TOK (AND/+) HERNAZDEZ OF WHILE AT THE: BROAD STREET TRAIN STATION. WITH: BODY CAMERA(S) OF AT LEAST: SAID MR. TOK'S OF SO AS IN OPERATIONS AS SHOULD HAVE BEEN AND SHOULD BE AS PREVIOUSLY OF SO AS ADDRESSED OF FOR (WHEN/ONCE/AS) IT SPECIFICALLY(S), SPECIALLY(S), ESPECIALLY(S) COME(S) TO THE:
"IGPP U.S.A. INC."(S) [AND/OR/AS] - AL MOSHIR('S)!
FIND / ARE; OF WHAT WHILE (AND) AS IN PART; ONLY - REFER TO THE CASES (THAT, AS, WHICH) HAVE BEEN (AND/OR/AS) SHALL BE (AS HAVING BEEN IN PENDINGS OF SO AS TO BE AND SO AS TO HAVE BEEN FILED
OF, WITH (AND) THROUGH THE:
INTERNATIONAL: CRIMINAL COURT + COURT OF JUSTICES.
OF (AND) FOR; AS; OF (AND) FOR; WITH (AND) THROUGH THE:
SOUTHERN DISTRICT OF NEW YORK STATE('S)
U.S.A. DISTRICT COURT
40 FOLEY SQUARE, NEW YORK, NEW YORK 10007, U.S.A.
(AND/OR/AS)
NEW YORK ~~CLERK~~ COUNTY CLERK OFFICE
500 PEARL STREET, ROOM 120
NEW YORK, NEW YORK
U.S.A.
#7
PARDON THE/ANY APPEARANCES OF THESE DOCUMENTS OF YET HAVING BEEN AS ADDRESSED OF SO AS FOR THE/ANY "IGPP U.S.A. INC."(S) AND/OR/AS AL MOSHIR'S "CORRESPONDENCES

LIBRARY CARD NUMBER #

NYPD
MALE OFFICER : DAS (103RD POLICE PRECINT)
BADGE # : 7204

3:15PM / SUN - NOV. 19. 2023
WITH HIS HAND WRITING ABOVE HAS ADVISED THAT THE PRECINT NEEDS THE LIBRARY CARD NUMBER IN ORDER TO MAKE THE REPOR ON THE LOST QUEENS LIBRARY CARD.

Mohendra Indrajit

Jean Rene

November 19, 23
Sunday

THE 2 MANAGERS
BETWEEN: 3:15PM (AND) 3:30PM
SUNDAY - NOV. 19. 2023
AT THE: QUEENS PUBLIC LIBRARY AFTER: 103 POLICE PRECINT

QUEENS PUBLIC LIBRARY

(1) → THIS DOES NOT SAY THAT A/THE REPLACEMENT CARD HAVE TO BE PRODUCED ANY IDENTIFICATION FOR! BUT THE: $2.00

(2) → ARE WE NOT VERY WELL KNOWN TO EVERY BODY AS WHO WE ARE!?

QUEENS PUBLIC LIBRARY
We speak your language.

(5) → ALSO AS AND WE ARE UNDER SURVAILLANCE DEVICE IN THE LIBRARY!

(6) → STILL THEY DID NOT ISSUE US THE LIBRARY CARD

(3) → THE PHOTO COPY OF OUR ID + THE COURT (FEDERAL) FILING RECEIPT ALSO THEY ARE NOT ACCEPTING WHILE WE WOULD STILL ALSO SIGN FOR OUR SIGNATURE BY HAND-WRITING SPECIALIST TO BE / COULD BE EXAMINED!

# YOUR QUEENS PUBLIC LIBRARY CARD

(4) → WE ALSO SAID THEY CAN TAKE OUR/MY PICTURE (AL/ALI MOSHIR'S) TOO!

is your passport to millions of items in our collection, ranging across dozens of languages.

Su tarjeta de la Biblioteca de Queens es su pasaporte a millones de artículos de nuestra colección, que abarcan docenas de idiomas.

您的皇后區圖書館借書證是讓您利用我們涵蓋數十種語言的數百萬件館藏的通行證。

(7) → THE LIBRARY CARD HAS BEEN MISSING EVERSINCE: WED - NOV. 15. 2023 AT THE FEDEX OFFICE STORE AT THE CORNER OF: BROADWAY AND) WORTH STREET (TO BE INVESTIGATED)

QueensLibrary.org

... DOCUMENTS + BELONGINGS.



NYPD
New York City Police Department
POLICE OFFICER TOK
Shield Number 13206
Command

DAVINDRA KHELAWAN
COMMUNITY ASSISTANT
718.286.2932
dkhelawan@queensbp.org
City of New York
Office of the
President of the Borough of Queens
Donovan Richards Jr. - President
120-55 Queens Boulevard
Kew Gardens, NY 11424
queensbp.org